| | |
|---|---|
| *Attorney or Party without Attorney:*<br>L. TIMOTHY FISHER (SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>  *Telephone No:* 925-300-4455<br>  *Attorney For:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:*<br>LIBMAN V APPLE, INC. | |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

  *Plaintiff:* ELLIOT LIBMAN, individually and on behalf of all others similarly situated
  *Defendant:* APPLE, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-CV-07069-EJD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES; DECLINE TO MAGISTRATE JUDGE JURISDICTION; WAIVER OF THE SERVICE OF SUMMONS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; ORDER REASSIGNING CASE

3. a. Party served:      APPLE, INC.
   b. Person served:   Emanuel Jacobo, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 17 2022 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. *The Fee* for Service was:  239.07

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

11/17/2022
(Date)

(Signature)



PROOF OF SERVICE

7968793
(7943465)