Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　Defendant. | Case No.: 5:22-CV-07069-EJD<br><br>**NOTICE OF APPEARANCE OF EMILY JOHNSON HENN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Emily Johnson Henn of the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, California 94306-2112, hereby appears as counsel of record for defendant Apple Inc. in this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 29, 2022 | Respectfully submitted, |
| 3 | | By:   */s/ Emily Johnson Henn* |
| 4 | | Emily Johnson Henn (Bar No. 269482) |
| 5 | | Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP |
| 6 | | 3000 El Camino Real<br>5 Palo Alto Square, 10th Floor |
| 7 | | Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700 |
| 8 | | Facsimile: (650) 632-4800<br>Email: ehenn@cov.com |
| 9 | | Email: kcahoy@cov.com |
| 10 | | Amy S. Heath (Bar No. 312516) |
| 11 | | COVINGTON & BURLING LLP<br>Salesforce Tower |
| 12 | | 415 Mission Street, Suite 5400 |
| 13 | | San Francisco, CA 94105-2533<br>Telephone: (415) 591-7030 |
| 14 | | Facsimile: (415) 955-6530<br>Email: aheath@cov.com |
| 15 | | |
| 16 | | *Attorneys for Defendant Apple Inc.* |