Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.:  5:22-CV-07069-EJD<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Apple Inc. ("Apple") hereby states that Apple is a publicly traded company.  Apple has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

| | |
|---|---|
| DATED: November 29, 2022 | Respectfully submitted,<br><br>*/s/ Emily Johnson Henn*<br><br>Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br><br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-7030<br>Facsimile: (415) 955-6530<br>Email: aheath@cov.com<br><br>*Attorneys for Defendant Apple Inc.* |