| | |
|---|---|
| Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br><br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-7030<br>Facsimile: (415) 955-6530<br>Email: aheath@cov.com<br><br>*Attorneys for Defendant Apple Inc.* | L. Timothy Fisher (Bar No. 191626)<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com<br><br>Philip L. Fraietta (*pro hac vice* forthcoming)<br>Matthew A. Girardi (*pro hac vice* forthcoming)<br>Julian C. Diamond (*pro hac vice* forthcoming)<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: pfraietta@bursor.com<br>Email: mgirardi@bursor.com<br>Email: jdiamond@bursor.com<br><br>*Attorneys for Plaintiff Elliot Libman* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.:  5:22-CV-07069-EJD<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Defendant Apple Inc. and Plaintiff Elliot Libman (collectively, the "Parties") respectfully submit the following Stipulation (Without Court Order) Enlarging Time to Respond to the Complaint.

## STIPULATION

WHEREAS, on November 10, 2022, Plaintiff filed the initial Complaint (Dkt. 1);

WHEREAS, on November 17, 2022, Plaintiff served Defendant with the summons and Complaint (Dkt. 9);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the Complaint would be due by December 8, 2022; and

WHEREAS, pursuant to Civil L.R. 6-1(a), which allows parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the Parties have conferred and agree that Defendant shall file any motion to dismiss (or otherwise respond to) the Complaint by February 6, 2023.

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant shall have until February 6, 2023, to file any motion to dismiss or otherwise respond to the Complaint.

DATED: November 29, 2022

Respectfully submitted,

*/s/ Emily Johnson Henn*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower

415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

<u>/s/ L. Timothy Fisher</u>

L. Timothy Fisher (Bar No. 191626)
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
Email: mgirardi@bursor.com
Email: jdiamond@bursor.com

*Attorneys for Plaintiff Elliot Libman*

STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT        2        Case No.: 5:22-CV-07069-EJD

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 29, 2022               By: */s/ Emily Johnson Henn*
                                            Emily Johnson Henn