| | |
|---|---|
| 1 | Emily Johnson Henn (Bar No. 269482) |
| 2 | Kathryn E. Cahoy (Bar No. 298777) |
|   | COVINGTON & BURLING LLP |
| 3 | 3000 El Camino Real |
|   | 5 Palo Alto Square, 10th Floor |
| 4 | Palo Alto, CA 94306-2112 |
|   | Telephone: (650) 632-4700 |
| 5 | Facsimile: (650) 632-4800 |
|   | Email: ehenn@cov.com |
| 6 | Email: kcahoy@cov.com |
| 7 | |
| 8 | Amy S. Heath (Bar No. 312516) |
|   | COVINGTON & BURLING LLP |
| 9 | Salesforce Tower |
|   | 415 Mission Street, Suite 5400 |
| 10 | San Francisco, CA 94105-2533 |
|   | Telephone: (415) 591-7030 |
| 11 | Facsimile: (415) 955-6530 |
|   | Email: aheath@cov.com |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated, | Case No.: 5:22-CV-07069-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF AMY S. HEATH** |
| v. | |
| APPLE INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Amy S. Heath of the law firm Covington & Burling LLP, Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, California 94105-2533, hereby appears as counsel of record for defendant Apple Inc. in this action.

| | |
|---|---|
| DATED: November 29, 2022 | Respectfully submitted,<br><br>By:   */s/ Amy S. Heath*<br><br>Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br><br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-7030<br>Facsimile: (415) 955-6530<br>Email: aheath@cov.com<br><br>*Attorneys for Defendant Apple Inc.* |