**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT LIBMAN, a minor, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 5:22-cv-07069-EJD <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, Suite 940, Walnut Creek, California 94596. On February 3, 2023, I served the document(s):

**PLAINTIFF'S SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

**DECLARATION OF TIMOTHY FISHER IN SUPPORT OF PLAINTIFF'S SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECONT ADMINISTRATIVE MOTION TO RELATE CASES**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| Samantha E Holbrook<br>**Shub Law Firm LLC**<br>134 Kings Hwy E<br>2nd Floor<br>Haddonfield, NJ 08033<br>856-772-7200<br>Fax: 856-210-9088<br>Email: sholbrook@shublawyers.com<br><br>Counsel for Plaintiff<br>JULIA CIMA | Tina Wolfson<br>**Ahdoot & Wolfson, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111<br>Fax: (310) 474-8585<br>Email: twolfson@ahdootwolfson.com<br><br>Counsel for Plaintiff<br>JULIA CIMA |
| Raphael Janove<br>**Pollock Cohen LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>212-337-5361<br>Email: adam@pollockcohen.com<br>        rafi@pollockcohen.com<br><br>Counsel for Plaintiff<br>JULIA CIMA | Stephen R. Basser<br>**Barrack, Rodos & Bacine**<br>One America Plaza<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiff<br>NATHAN DLUZAK |

| | |
|---|---|
| Samantha E Holbrook<br>Benjamin F. Johns<br>Jonathan Shub<br>**Shub Law Firm LLC**<br>134 Kings Hwy E<br>2nd Floor<br>Haddonfield, NJ 08033<br>856-772-7200<br>Fax: 856-210-9088<br>Email: sholbrook@shublawyers.com<br>         bjohns@shublawyers.com<br>         ecf@shublawyers.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO | Andrew Ferinch<br>**Ahdoot & Wolfson, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111<br>Fax: (310) 474-8585<br>Email: twolfson@ahdootwolfson.com<br>         aferich@ahdootwolfson.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO |
| Adam Pollock<br>Raphael Janove<br>**Pollock Cohen LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>212-337-5361<br>Email: adam@pollockcohen.com<br>         rafi@pollockcohen.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO | Stephen R. Basser<br>**Barrack, Rodos & Bacine**<br>One America Plaza<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiffs<br>MARIO ABAD, TREVOR ADKINS,<br>JARELL BROWN, SHELBY COOPER,<br>CAMILLE HUDSON, and DAMANY<br>BROWNE |

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on February 3, 2023 at Walnut Creek, California.

*/s/ Debbie Schroeder*
_____
Debbie Schroeder