| | |
|---|---|
| Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br><br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-7030<br>Facsimile: (415) 955-6530<br>Email: aheath@cov.com<br><br>*Attorneys for Defendant Apple Inc.* | L. Timothy Fisher (Bar No. 191626)<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com<br><br>Philip L. Fraietta (*pro hac vice* forthcoming)<br>Matthew A. Girardi (*pro hac vice* forthcoming)<br>Julian C. Diamond (*pro hac vice* forthcoming)<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: pfraietta@bursor.com<br>Email: mgirardi@bursor.com<br>Email: jdiamond@bursor.com<br><br>*Attorneys for Plaintiff Elliot Libman* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 5:22-CV-07069-EJD<br><br>**STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL; [PROPOSED] ORDER** |

STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL; [PROPOSED] ORDER

Case No.:  5:22-CV-07069-EJD

Pursuant to Civil L.R. 6-2(a) and 7-11, Defendant Apple Inc. and Plaintiff Elliot Libman (collectively, the "Parties") respectfully submit the following Stipulation to Stay Case Pending Resolution of Motions to Consolidate and Appoint Interim Lead Counsel and Proposed Order.

**STIPULATION**

WHEREAS, on November 10, 2022, Plaintiff filed the initial Complaint (Dkt. 1);

WHEREAS, on November 17, 2022, Plaintiff served Defendant with the summons and Complaint (Dkt. 9);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the Complaint initially was due December 8, 2022;

WHEREAS, on November 29, 2022, pursuant to Civil L.R. 6-1(a), which allows parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the Parties stipulated in writing and agreed that Defendant would have until February 6, 2023, to file any motion to dismiss or otherwise respond to the Complaint (Dkt. 13);

WHEREAS, on January 25, 2023, again pursuant to Civil L.R. 6-1(a), the Parties stipulated in writing and agreed that Defendant would have until February 17, 2023, to file any motion to dismiss or otherwise respond to the Complaint (Dkt. 16);

WHEREAS, since January 6, 2023, the following additional actions have been filed that assert substantially similar claims to those presented by the first-filed Complaint in this action:

- *Serrano v. Apple Inc.*, No. 2:23-cv-00070-HB (E.D. Pa.), filed on January 6, 2023;
- *Farley v. Apple Inc.*, No. 2:23-cv-00254-JMA (E.D.N.Y.), filed on January 13, 2023;
- *Herrera v. Apple Inc.*, No. 1:23-cv-00411-JMF (S.D.N.Y.), filed on January 17, 2023;
- *Popa v. Apple Inc.*, No. 2:23-cv-00095-CB (W.D. Pa.), filed on January 18, 2023;
- *Kelly v. Apple Inc.*, No. 5:23-cv-00314-HB (E.D. Pa.), filed on January 25, 2023;
- *Cima v. Apple Inc.*, No. 5:23-cv-00397-NC (N.D. Cal.), filed on January 26, 2023;
- *Sgro v. Apple Inc.*, No. 2:23-cv-00350-HB (E.D. Pa.), filed on January 27, 2023;
- *Dluzak v. Apple Inc.*, No. 5:23-cv-00426-NC (N.D. Cal.), filed on January 30, 2023;
- *Abad v. Apple Inc.*, No. 5:23-cv-00505-VKD (N.D. Cal.), filed on February 2, 2023; and
- *Robinson v. Apple Inc.*, No. 1:23-cv-00877-NRB (S.D.N.Y.), filed on February 2, 2023.

WHEREAS, on January 31, 2023, Apple filed an unopposed motion to transfer the *Serrano* action from the Eastern District of Pennsylvania to this District based on the first-filed rule and 28 U.S.C. section 1404(a), which Judge Bartle granted on February 2, 2023 (Dkts. 21, 22 of No. 2:23-cv-00070-HB (E.D. Pa.));

WHEREAS, on February 2, 2023 the *Serrano* action was transferred to this District and assigned to Magistrate Judge Hixon (No. 3:23-cv-00487-TSH (N.D. Cal.));

WHEREAS, on February 1, 2023, Apple and Plaintiff John Farley filed a stipulation to transfer the *Farley* action from the Eastern District of New York to this District, which Magistrate Judge Lindsay granted on February 3, 2023 (Dkts. 12, 13 of No. 2:23-cv-00254-JMA (E.D.N.Y.));

WHEREAS, on February 2, 2023, Apple and Plaintiff Ashley Popa filed a joint motion to transfer the *Popa* action from the Western District of Pennsylvania to this District, which Judge Bissoon granted on February 3, 2023 (Dkts. 10, 11, 12 of No. 2:23-cv-00095-CB (W.D. Pa.));

WHEREAS, Apple has yet to be served in the *Herrera*, *Kelly*, *Sgro*, or *Robinson* actions but intends to seek to transfer those actions to this District once it is served, and Sgro has indicated he would agree to transfer (Dkt. 20 at 5 n.3);

WHEREAS, on February 2 and 3, 2023, Plaintiff filed administrative motions to relate the *Cima*, *Dluzak*, *Serrano*, and *Abad* actions pending before Magistrate Judges Cousins, Hixson, and DeMarchi to this action pursuant to Civil Local Rule 3-12 (Dkts. 17, 18, 21);

WHEREAS, on February 2, 2023, counsel for Plaintiffs Libman, Serrano, Farley, Cima, and Sgro filed a motion to (1) consolidate the *Libman*, *Cima*, *Dluzak*, and *Serrano* actions, as well as any future actions that may be filed in or transferred to the Northern District of California, and (2) appoint interim lead counsel (Dkt. 20);

WHEREAS, the Parties have conferred and agree that litigating a motion to dismiss the Complaint in this action at this juncture would not be an efficient use of the Parties' and Court's time and resources;

WHEREAS, the Parties have conferred and agree that this matter should be stayed until the pending and anticipated motions to transfer or relate the above-mentioned cases and Plaintiff's motions

to consolidate and appoint interim lead counsel are resolved, at which point, the Parties would meet and confer to attempt to present a stipulated schedule for filing and responding to a consolidated amended complaint;

   THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that all existing case deadlines should be vacated, including Defendant's February 17, 2023 deadline to respond to the Complaint and the March 9, 2023 Case Management Conference and all associated deadlines, and that the case should be stayed until Plaintiff's motions to consolidate and appoint interim lead counsel are resolved.

DATED: February 6, 2023

Respectfully submitted,

By: */s/ Emily Johnson Henn*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (Bar No. 191626)
BURSOR & FISHER, P.A.

STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL; [PROPOSED] ORDER

3

Case No.: 5:22-CV-07069-EJD

1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
Email: mgirardi@bursor.com
Email: jdiamond@bursor.com

*Attorneys for Plaintiff Elliot Libman*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                        Hon. Edward J. Davila
                        United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: February 6, 2023                              By: */s/ Emily Johnson Henn*
                                                              Emily Johnson Henn

STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL; [PROPOSED] ORDER

5

Case No.: 5:22-CV-07069-EJD