UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN DLUZAK,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case Nos. 5:23-cv-00426 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:22-cv-07069 EJD, *Elliot Libman v. Apple, Inc.*

**IT IS SO ORDERED.**

Dated: February 7, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 23-cv-00426 NC
SUA SPONTE JUDICIAL REFERRAL