**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch*
Elizabeth Pollock-Avery*
Hannah N. Barnett*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com
hannah@lcllp.com

*Counsel for Interested Party Ashley Popa*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOT LIBMAN, a minor, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPLE, INC.,<br><br>                    Defendant. | Case No. 5:22-cv-07069-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Interested Party Ashley Popa ("Popa") moves the Court to consider whether cases should be related, as follows:

1. On January 18, 2023, Ashley Popa filed a putative class action against Apple Inc. ("Apple" or "Defendant") in the United States District Court for the Western District of Pennsylvania, (2:23-cv-00095, ECF No. 1), for violations of the Pennsylvania Wiretap Act, 18 Pa. Cons. Stat § 5701, *et. seq.* and common law intrusion upon seclusion.

2. Following discussions with counsel for Defendant, the parties in the Popa matter agreed to transfer venue to the Northern District of California and filed a Joint Motion to Transfer Venue under 28 U.S.C. § 1404(a), which was granted on February 3, 2023.

3. On February 7, 2023, the Popa action was transferred to the Northern District of California, (San Jose Div.) and is currently pending before Magistrate Judge Alex G. Tse. (3:23-cv-00548, ECF No. 13)

4. Popa's claims are based on Apple's harvesting of vast troves of its customers' user data from mobile devices without its customers' knowledge or consent.

5. Previously, on November 10, 2022, Elliott Libman filed the above-captioned putative class action against Apple, Inc. for Unjust Enrichment, or alternatively, Breach of Contract, CIPA, and Invasion of Privacy, based on the same conduct as alleged in the *Popa* action. (5:22-cv-07069, ECF No. 1)

6. Local Rule 3-12 defines actions as related when:

    a. The actions concern substantially the same parties, property, transactions, or event; and

    b. It appears likely that there will be un unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

7. Despite involving different statutory claims and common law causes of action, the underlying allegations of misconduct by Defendant are the same in both cases.

8. Litigating these cases separately would create a significant risk of duplicative labor and expenses, as well as conflicting results.

9. Upon information and belief, other similar cases are pending before other judges in this district and in other district courts which would meet the test for relatedness under Local Rule 3-12.

10.  Plaintiffs' counsel in the *Popa* action has been in communication with defense counsel as well as plaintiffs' counsel in the other related actions and is working collaboratively with such counsel to have all cases transferred and related to this action.

11.  Accordingly, Popa now brings this motion, pursuant to Local Rule 3-12(b), and requests this Court's consideration regarding the relatedness of this case and the Popa case.

12.  Defendant has consented to this motion.

WHEREFORE, Interested Party Ashley Popa requests this Honorable Court relate and assign the *Popa* action to the currently pending *Libman* action.

Dated: February 15, 2023

Respectfully submitted,

*/s/ (Eddie) Jae K. Kim*
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

Gary F. Lynch*
Elizabeth Pollock-Avery*
Hannah N. Barnett
**LYNCH CARPENTER, LLP**
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com
hannah@lcllp.com
*Application for *pro hac vice* forthcoming

*Counsel for Interested Party Ashley Popa*