**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
          mgirardi@bursor.com
          jdiamond@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>     v.<br><br>APPLE, INC.,<br><br>                                    Defendant. | Case No. 5:22-cv-07069-EJD<br><br>**FIFTH ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Elliot Libman ("Plaintiff") moves the Court to consider whether cases should be related, as follows:

## I.  THE TITLE AND CASE NUMBER OF EACH APPARENTLY RELATED CASE

Plaintiff is the Named Plaintiff and Class Representative in *Libman v. Apple., Inc*, Case No. 5:22-cv-07069 ("*Libman* Action"), the first-filed action.

Plaintiff moves the Court to consider whether *Robinson v. Apple, Inc.*, No. 5:23-cv-00796-NC (N.D. Cal.) (the "*Robinson* Action") and *Herrara v. Apple, Inc.*, 5:23-cv-00867-SVK (N.D. Cal.) (the "*Herrara* Action") (collectively, the "Actions") should be related to the *Libman* Action and assigned to this Court.

## II.  BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different [j]udges." The Actions should be related to the *Libman* Action because they: (a) assert the same claims against the same Defendant; (b) arise from the same underlying event, i.e., Defendant's illegal recording of consumers' confidential activity on its consumer mobile applications; and (c) if the Actions proceed independently of each other it will result in duplicative motions and discovery because the complaints raise the same questions of fact and law.

On November 10, 2022, the *Libman* Action was filed.

Since then, nine cases have been related to the *Libman* action.  *See Dluzak v. Apple, Inc.*, 5:23-cv-00426-EJD (N.D. Cal.); *Abad v. Apple, Inc.*, 5:22-cv-07069-EJD (N.D. Cal.); *Serrano v. Apple, Inc.*, 5:23-cv-00487-EJD (N.D. Cal.); *Cima v. Apple, Inc.*, 5:23-cv-00397-EJD (N.D. Cal.); *Farley v. Apple, Inc.*, 5:23-cv-00524-EJD (N.D. Cal.); *Barrott v. Apple, Inc.*, 5:23-cv-00618-EJD (N.D. Cal.); *Popa v. Apple, Inc.*, 5:23-v-00548-EJD (N.D. Cal.); *Teixeira v. Apple, Inc.*, 5:23-cv-00617-EJD (N.D. Cal.); *Moton v. Apple, Inc.*, 5:23-cv-00709-EJD (N.D. Cal.).

On February 2, 2023, the *Robinson* Action was filed in the Southern District of New York. **Exhibit 1** to the Declaration of L. Timothy Fisher.  The *Robinson* Action was transferred to the Northern District of California on February 23, 2023, and it was assigned to Magistrate Judge Nathanael M. Cousins the same day.

On January 17, 2023, the *Herrara* Action was filed in the Southern District of New York. **Exhibit 2** to the Declaration of L. Timothy Fisher.  The *Herrara* Action was transferred to the Northern District of California on February 27, 2023, and it was assigned to Magistrate Judge Susan van Keulen, who recused herself that same day.

All Actions are in the earliest stages and no rulings have been made.

All Actions assert that Apple records consumers' personal information and activity on its consumer mobile devices and applications, even after consumers explicitly indicate through Apple's mobile device settings that they do not want their data and information shared.  More generally, all Actions assert the same or substantially identical factual allegations against the same Defendant and seek largely overlapping relief including damages, injunctive and equitable relief, interest, and attorneys' fees and costs.

Thus, both criteria of Civil L.R. 3-12(a) are satisfied such that consolidation before a single judge will conserve the parties' resources and judicial resources and will avoid "unduly burdensome duplication of labor and expense or conflicting results." CIV. L.R. 3-12(a)(2).

### III. CONCLUSION

In light of the nearly identical facts and claims presented in the Action, the Actions should be related and assigned to this Court, where the first-filed *Libman* Action is pending.

Dated:  February 28, 2023              **BURSOR & FISHER, P.A**.

By:      /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

1  
2  
                                    Facsimile:  (925) 407-2700  
                                    E-Mail: ltfisher@bursor.com  
                                                  bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  pfraietta@bursor.com
              mgirardi@bursor.com
              jdiamond@bursor.com

*Attorneys for Plaintiff*