1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          bscott@bursor.com

*Counsel for Plaintiff Libman*
[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE, INC.,<br>                    Defendant. | Case No. 5:22-cv-07069-EJD<br><br>Filed November 10, 2022 |
| JOAQUIN SERRANO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br>                    Defendant. | Case No. 5:23-cv-00487-EJD<br><br>Filed January 6, 2023<br>Transferred February 2, 2023 |

| | |
|---|---|
| JOHN FARLEY, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>                       Defendant. | Case No. 5:23-cv-00524-EJD<br><br>Filed January 13, 2023<br>Transferred February 3, 2023 |
| JULIA CIMA, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>                       Defendant. | Case No. 5:23-cv-00397-EJD<br><br>Filed January 26, 2023 |
| DAVID SGRO, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>                       Defendant. | Case No. 5:23-cv-00894-EJD<br><br>Filed January 27, 2023<br>Transferred February 28, 2023 |
| TENIJA MOTON, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                       Defendant. | Case No. 5:23-cv-00709-EJD<br><br>Filed February 16, 2023 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel for Plaintiffs Libman, Serrano, Farley, Cima, Sgro, and Moton, representing 6 of the 15 related cases pending before this Court, submit this Response to the Initial Status Conference Statement filed by counsel for plaintiffs in the related actions *Dluzak v. Apple Inc.*, No. 5:23-cv-00426-EJD and *Abad, et al. v. Apple Inc.*, No. 5:23-cv-00505-EJD. *See Dluzak*, ECF No. 16.

Plaintiffs' counsel in *Libman*, *Serrano v. Apple, Inc.*, 5:23-cv-00487-EJD (N.D. Cal.), *Farley v. Apple, Inc.*, 5:23-cv-00524-EJD (N.D. Cal.), *Cima v. Apple, Inc.*, 5:23-cv-00397-EJD (N.D. Cal.), and *Sgro v. Apple, Inc.*, 5:23-cv-00894-EJD (N.D. Cal.) (collectively, the Bursor & Fisher/Ahdoot & Wolfson Group) have attempted to organize this litigation so as to minimize the issues before the Court. They filed a motion to consolidate and appoint lead counsel (*Libman*, ECF No. 20) ("Motion to Consolidate") on February 2 (set for hearing on June 1, 2023) before many of the related actions were filed, filed administrative motions to relate additional cases filed in or transferred to this Court, and initiated and led meet and confer efforts with plaintiffs' counsel in the other related actions as well as defense counsel. As a result of those efforts, in part, all plaintiffs' counsel agreed to have their cases transferred to this Court from other jurisdictions, agree that consolidation is proper, and agree that a briefing schedule for lead applications should be set.

The Bursor & Fisher/Ahdoot & Wolfson Group drafted and circulated to plaintiffs' counsel a comprehensive stipulation to consolidate the related actions and set a briefing schedule for lead counsel applications pursuant to Fed. R. Civ. P. 23(g) that would provide all plaintiffs' counsel an opportunity to file lead applications irrespective of whether or not their actions have yet been transferred to this Court. While certain counsel agreed to this approach, certain counsel responded that they do not agree to the stipulation because their cases are not yet before this Court despite that the proposed stipulation would allow them to file lead applications here regardless.

The Bursor & Fisher/Ahdoot & Wolfson Group and the law firm of Casey Gerry, plaintiffs' counsel in *Moton v. Apple Inc.*, No. 5:23-cv-00709-EJD, respectfully request that the Court order consolidation and set a briefing schedule for the lead applications to be heard on June 1, 2023, the currently reserved date.

1    Dated: March 7, 2023                    Respectfully submitted,

2                                            /s/___L. Timothy Fisher_____

3                                            L. Timothy Fisher (SBN 191626)
                                             *ltfisher@bursor.com*
4                                            Brittany S. Scott (SBN 327132)
                                             *bscott@bursor.com*
5                                            **BURSOR & FISHER, P.A.**
                                             1990 North California Boulevard, Suite 940
6                                            Walnut Creek, CA 94596
                                             Telephone: (925) 300-4455
7                                            Facsimile: (925) 407-2700

8
                                             Philip L. Fraietta (*pro hac vice* forthcoming)
9                                            *pfraietta@bursor.com*
                                             **BURSOR & FISHER, P.A.**
10                                           888 Seventh Avenue
                                             New York, NY 10019
11                                           Telephone: (646) 837-7150
                                             Facsimile: (212) 989-9163
12

13                                           *Attorneys for Plaintiff Elliott Libman*
                                             *Attorneys for Plaintiff David Sgro*
14

15   Dated: March 7, 2023                    By: /s/___Tina Wolfson_____

16                                           Tina Wolfson (SBN 174806)
                                             *twolfson@ahdootwolfson.com*
17                                           Theodore W. Maya (SBN 223242)
                                             *tmaya@ahdootwolfson.com*
18                                           Deborah Marie De Villa (SBN 312564)
                                             *ddevilla@ahdootwolfson.com*
19                                           **AHDOOT & WOLFSON, PC**
20                                           2600 W. Olive Avenue, Suite 500
                                             Burbank, CA 91505
21                                           Telephone: (310) 474-9111
                                             Facsimile:  (310) 474-8585
22

23                                           Andrew W. Ferich (*pro hac vice* forthcoming)
                                             *aferich@ahdootwolfson.com*
24                                           **AHDOOT & WOLFSON, PC**
                                             201 King of Prussia Road, Suite 650
25                                           Radnor, PA 19087
                                             Telephone: (310) 474-9111
26                                           Facsimile:  (310) 474-8585

27
                                             Benjamin F. Johns (*pro hac vice* forthcoming)
28                                           *bjohns@shublawyers.com*

Samantha E. Holbrook
(*pro hac vice* forthcoming)
*sholbrook@shublawyers.com*
**SHUB LAW FIRM LLC**
134 Kings Highway E.
Haddonfield, NJ 08033
Telephone: (856) 772-7200

Raphael Janove (*pro hac vice*)
*Rafi@PollockCohen.com*
Adam Pollock (*pro hac vice* forthcoming)
*Adam@PollockCohen.com*
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

*Attorneys for Plaintiff Joaquin Serrano*
*Attorneys for Plaintiff John Farley*
*Attorneys for Plaintiff Julia Cima*

Dated: March 7, 2023                    By: /s/  Gayle M. Blatt_____

**CASEY GERRY SCHENK
FRANCAVILLA BLATT
& PENFIELD, LLP**
David S. Casey, Jr.
Gayle M. Blatt
P. Camille Guerra
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff Tenija Moton*