UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLIOT LIBMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No.   5:22-cv-07069-EJD<br><br>**ORDER DENYING STIPULATION TO CONSOLIDATE ACTIONS**<br><br>Re: ECF No. 57 |

The Court DENIES the parties' stipulation to consolidate actions because not all signatories have made all required appearances. Specifically, L. Timothy Fisher has not yet appeared in *Sgro v. Apple Inc.*, Case No. 5:23-cv-00894-EJD, Tina Wolfson has not yet appeared in *Serrano v. Apple Inc.*, Case No. 5:23-cv-00487-EJD, and Emily Johnson Henn has not yet appeared in *Lucero v. Apple Inc.*, No. 5:23-cv-00901-EJD. The parties may refile their stipulation once appropriate appearances have been made. When refiling their stipulation, they shall also file their proposed order as a separate document attached to the stipulation.

**IT IS SO ORDERED.**

Dated: March 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:22-cv-07069-EJD
ORDER DENYING STIPULATION TO CONSOLIDATE ACTIONS
1