L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
Brittany S. Scott (SBN 327132)
*bscott@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Counsel for Plaintiff Libman*
[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:22-cv-07069-EJD<br><br>Filed November 10, 2022<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS** |
| JOAQUIN SERRANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:23-cv-00487-EJD<br><br>Filed January 6, 2023<br>Transferred February 2, 2023 |

STIPULATED [PROPOSED] ORDER TO CONSOLIDATE ACTIONS

| | |
|---|---|
| JOHN FARLEY, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:23-cv-00524-EJD<br><br>Filed January 13, 2023<br>Transferred February 3, 2023 |
| ASHLEY POPA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:23-cv-00548-EJD<br><br>Filed January 16, 2023<br>Transferred February 7, 2023 |
| JUAN HERRERA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:23-cv-00867-EJD<br><br>Filed January 17, 2023<br>Transferred February 27, 2023 |
| ELIZABETH KELLY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:23-cv-00895-EJD<br><br>Filed January 25, 2023<br>Transferred March 1, 2023 |

| | | |
|---|---|---|
| 1 | JULIA CIMA, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00397-EJD |
| 2 | | |
| 3 | Plaintiff, | Filed January 26, 2023 |
| 4 | v. | |
| 5 | APPLE INC., | |
| 6 | Defendant. | |
| 7 | | |
| 8 | DAVID SGRO, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00894-EJD |
| 9 | | |
| 10 | Plaintiff, | Filed January 27, 2023<br>Transferred February 28, 2023 |
| 11 | v. | |
| 12 | APPLE INC., | |
| 13 | Defendant. | |
| 14 | | |
| 15 | NATHAN DLUZAK, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00426-EJD |
| 16 | Plaintiff, | Filed January 30, 2023 |
| 17 | v. | |
| 18 | APPLE INC., | |
| 19 | Defendant. | |
| 20 | | |
| 21 | | |
| 22 | MARIO ABAD, *ET AL.*, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00505-EJD |
| 23 | Plaintiffs, | Filed February 2, 2023 |
| 24 | v. | |
| 25 | APPLE INC., | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| BARRY ROBINSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00795-EJD<br><br>Filed February 2, 2023<br>Transferred February 23, 2023 |
| DOROTHY TEIXEIRA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00617-EJD<br><br>Filed February 10, 2023 |
| FRANCIS BARROTT, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00618-EJD<br><br>Filed February 10, 2023 |
| TENIJA MOTON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00709-EJD<br><br>Filed February 16, 2023 |

|   |   |   |
|---|---|---|
| 1 | ANTHONY LUCERO, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00901-EJD |
| 2 |  |  |
| 3 | Plaintiff, | Filed February 28, 2023 |
| 4 | v. |  |
| 5 | APPLE INC., |  |
| 6 |  |  |
| 7 | Defendant. |  |

STIPULATED [PROPOSED] ORDER TO CONSOLIDATE ACTIONS

## STIPULATION TO CONSOLIDATE ACTIONS

WHEREAS, there are currently fifteen (15) related proposed consumer class actions pending before the United States District Court for the Northern District of California: *Libman v. Apple Inc.*, No. 5:22-cv-07069-EJD ("*Libman*"), filed November 10, 2022; *Serrano v. Apple Inc.*, No. 5:23-cv-00487-EJD ("*Serrano*"), filed January 6, 2023 in the Eastern District of Pennsylvania and transferred to this Court on February 2, 2023; *Farley v. Apple Inc.*, No. 5:23-cv-00524-EJD ("*Farley*"), filed January 13, 2023 in the Eastern District of New York and transferred to this Court on February 3, 2023; *Popa v. Apple Inc.*, No. 5:23-cv-00548-EJD ("*Popa*"), filed January 16, 2023 in the Western District of Pennsylvania and transferred to this Court on February 7, 2023; *Herrera v. Apple Inc.*, No. 5:23-cv-00867-EJD ("*Herrera*"), filed January 17, 2023 in the Southern District of New York and transferred to this Court on February 27, 2023; *Kelly v. Apple Inc.*, No. 5:23-cv-00895-EJD ("*Kelly*"), filed January 25, 2023 in the Eastern District of Pennsylvania and transferred to this Court on March 1, 2023; *Cima v. Apple Inc.*, No. 5:23-cv-00397-EJD ("*Cima*"), filed January 26, 2023; *Sgro v. Apple Inc.*, No. 5:23-cv-00894-EJD ("*Sgro*"), filed January 27, 2023 in the Eastern District of Pennsylvania and transferred to this Court on February 28, 2023; *Dluzak v. Apple Inc.*, No. 5:23-cv-00426-EJD ("*Dluzak*"), filed January 30, 2023; *Abad, et al. v. Apple Inc.*, No. 5:23-cv-00505-EJD ("*Abad*"), filed February 2, 2023; *Robinson v. Apple Inc.*, No. 5:23-cv-00795-EJD ("*Robinson*"), filed February 2, 2023 in the Southern District of New York and transferred to this Court on February 23, 2023; *Teixeira v. Apple Inc.*, No. 5:23-cv-00617-EJD ("*Teixeira*"), filed February 10, 2023; *Barrott v. Apple Inc.*, No. 5:23-cv-00618-EJD ("*Barrott*"), filed February 10, 2023; *Moton v. Apple Inc.*, No. 5:23-cv-00709-EJD ("*Moton*"), filed February 16, 2023; and *Lucero v. Apple Inc.*, No 5:23-cv-00901-EJD ("*Lucero*"), filed February 28, 2023 (together, the "Related Actions").

WHEREAS, Plaintiffs in the Related Actions allege that Defendant Apple Inc. ("Apple"), *inter alia*, intercepts and shares the device analytics and data for its mobile device users even after users indicate that they do not want this data sharing to occur, and have brought separate lawsuits challenging this alleged conduct. Plaintiffs in each of the Related Actions allege that Apple's conduct violates consumer protection, data privacy, and other laws.

1  WHEREAS, on February 2, February 3, February 7, February 17, February 28, and March 2, 2023, Plaintiffs' counsel in *Libman* filed administrative motions to relate *Serrano*, *Farley*, *Cima*, *Dluzak*, *Abad*, *Moton, Robinson*, *Herrera*, *Lucero*, and *Kelly* to the *Libman* case. ECF Nos. 18, 21, 24, 33, 37, 39.

WHEREAS, on February 15 and 16, 2023, counsel for the Plaintiffs in *Popa, Teixeira*, and *Barrott* filed administrative motions to relate those cases to *Libman*. ECF Nos. 31, 32.

WHEREAS, on February 8, February 21, March 1, and March 2, 2023, Judge Edward J. Davila entered Orders administratively relating *Serrano*, *Farley*, *Cima*, *Dluzak*, *Abad*, *Popa*, *Teixeira*, *Barrott*, *Moton*, *Robinson*, *Herrera*, *Sgro*, *Kelly,* and *Lucero* to the *Libman* action. ECF Nos. 26, 35, 38, 40.

WHEREAS, Plaintiffs in the Related Actions agree that consolidation is appropriate under Fed. R. Civ. P. 42(a) because the Related Actions involve common questions of law or fact, involve a common defendant, arise from the same events, and assert overlapping claims.

WHEREAS, consolidation will eliminate duplicative discovery, the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources.

WHEREAS, Apple does not oppose procedural consolidation of the Related Actions for pre-trial purposes under Fed. R. Civ. P. 42(a), while expressly reserving all of its rights, remedies, defenses, objections, and legal arguments, including, without limitation, its right to move to dismiss, and to oppose consolidation in any other forum, further consolidation in this forum, or class certification on any grounds.

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The *Libman*, *Serrano*, *Farley*, *Popa*, *Herrera*, *Kelly*, *Sgro*, *Cima*, *Dluzak*, *Abad*, *Robinson*, *Teixeira*, *Barrott*, *Moton,* and *Lucero* actions currently pending in this District, and any action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under *Libman,* Case No. 5:22-cv-07069-EJD, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>_____ | Master File No. 5:22-cv-07069-EJD |

3. The case file for the Consolidated Action will be maintained under Master File No. 5:22-cv-07069-EJD. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "5:23-cv-00487-EJD (*Serrano*)."

4. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to N.D. Cal. L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

5. The Motion to Consolidate filed by the law firms of Ahdoot & Wolfson, PC, Bursor & Fisher, P.A., Shub Law Firm LLC, and Pollock Cohen LLP is mooted only with respect to the request for consolidation pursuant to Fed. R. Civ. P. 42(a). That Motion remains pending with respect to those firms' request for appointment as interim class counsel under Fed. R. Civ. P. 23(g), and the June 1, 2023 hearing date reserved for that Motion shall be maintained for a hearing on all additional timely filed lead counsel applications submitted under Rule 23(g).

6. Apple (and any additional defendants named in future Related Actions) need not file a response to the complaint in each Related Action or any future Related Actions and instead will answer, move, or otherwise respond to the Consolidated Complaint.

7. Except for the April 20, 2023 status conference statement deadline, the April 27, 2023 status conference, and the June 1, 2023 hearing on the motion for appointment as interim class counsel, all other case deadlines in all Related Actions shall be vacated. Upon relation and consolidation of any future Related Case, all deadlines in any such case shall be vacated.

**IT IS SO STIPULATED**

Dated: March 23, 2023

Respectfully submitted,

*/s/   L. Timothy Fisher*
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (*pro hac vice* forthcoming)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiff Elliott Libman*
*Attorneys for Plaintiff David Sgro*

| | |
|---|---|
| Dated: March 23, 2023 | */s/    Tina Wolfson* <br> Tina Wolfson (SBN 174806) <br> *twolfson@ahdootwolfson.com* <br> Theodore W. Maya (SBN 223242) <br> *tmaya@ahdootwolfson.com* <br> Deborah Marie De Villa (SBN 312564) <br> *ddevilla@ahdootwolfson.com* <br> **AHDOOT & WOLFSON, PC** <br> 2600 W. Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> Telephone: (310) 474-9111 <br> Facsimile:  (310) 474-8585 <br><br> Andrew Ferich (*pro hac vice* forthcoming) <br> *aferich@ahdootwolfson.com* <br> **AHDOOT & WOLFSON, PC** <br> 201 King of Prussia Road, Suite 650 <br> Radnor, PA 19087 <br> Telephone: (310) 474-9111 <br> Facsimile:  (310) 474-8585 <br><br> Benjamin F. Johns (*pro hac vice* forthcoming) <br> *bjohns@shublawyers.com* <br> Samantha E. Holbrook (*pro hac vice* pending) <br> *sholbrook@shublawyers.com* <br> **SHUB LAW FIRM LLC** <br> 134 Kings Highway E. <br> Haddonfield, NJ 08033 <br> Telephone: (856) 772-7200 <br><br> Raphael Janove (admitted *pro hac vice*) <br> *Rafi@PollockCohen.com* <br> Adam Pollock (*pro hac vice* forthcoming) <br> *Adam@PollockCohen.com* <br> **POLLOCK COHEN LLP** <br> 111 Broadway, Suite 1804 <br> New York, NY 10006 <br> Telephone: (212) 337-5361 <br><br> *Attorneys for Plaintiff Joaquin Serrano* <br> *Attorneys for Plaintiff John Farley* <br> *Attorneys for Plaintiff Julia Cima* |
| Dated: March 23, 2023 | */s/ Jae K. Kim* <br> **LYNCH CARPENTER, LLP** <br> (Eddie) Jae K. Kim (SBN 236805) |

STIPULATED [PROPOSED] ORDER TO CONSOLIDATE ACTIONS        5

|   |   |
|---|---|
|   | 117 East Colorado Blvd.<br>Suite 600<br>Pasadena, CA 91105<br>Telephone: (626) 550-1250<br>Facsimile: (619) 756-6991<br>ekim@lcllp.com<br><br>**LYNCH CARPENTER, LLP**<br>Gary F. Lynch*<br>Elizabeth Pollock-Avery*<br>Hannah N. Barnett*<br>1133 Penn Avenue<br>Pittsburgh, PA 15232<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br>gary@lcllp.com<br>elizabeth@lcllp.com<br>hannah@lcllp.com<br><br>*admitted *pro hac vice*<br><br>*Attorneys for Plaintiff Ashley Popa* |
| Dated: March 23, 2023 | /s/ *Ryan J. McGee*<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-0931<br>Facsimile: (813) 222-4702<br><br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>711 Van Ness Avenue, Ste 500<br>San Francisco, California 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923<br><br>Paul C. Whalen (*pro hac vice forthcoming*)<br>pcwhalen@pm.me<br>**THE LAW OFFICE OF PAUL C. WHALEN, P.C.**<br>768 Plandome Road<br>Manhasset, New York 11030<br>Telephone: (516) 426-6870<br><br>*Attorneys for Plaintiff Juan Herrera* |

| | | |
|---|---|---|
| 1 | Dated: March 23, 2023 | */s/ Stephen R. Basser* |
| 2 | | Stephen R. Basser<br>E-mail: sbasser@barrack.com |
| 3 | | Samuel M. Ward<br>E-mail: sward@barrack.com |
| 4 | | **BARRACK RODOS & BACINE**<br>One America Plaza |
| 5 | | 600 West Broadway, Suite 900<br>San Diego, CA 92101 |
| 6 | | Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874 |

John G. Emerson*
jemerson@emersonfirm.com
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*pro hac vice* to be submitted

*Attorneys for Plaintiff Nathan Dluzak*

Dated: March 23, 2023

*/s/ Stephen R. Basser*
Stephen R. Basser
E-mail: sbasser@barrack.com
Samuel M. Ward
E-mail: sward@barrack.com
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Andrew J. Heo*
**BARRACK RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 9663-0600
Facsimile: (215) 963-0838

Matthew Smith (SBN 309392)
msmith@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
201 Spear St, Ste 1100
San Francisco, California 94105
Office: (202) 470-3520

Nicholas A. Migliaccio*
nmigliaccio@classlawdc.com

|  |  |
|---|---|
| 1 | Jason S. Rathod* |
| 2 | jrathod@classlawdc.com |
|   | Tyler Bean* |
| 3 | tbean@classlawdc.com |
|   | **MIGLIACCIO & RATHOD LLP** |
| 4 | 412 H Street NE |
|   | Washington, DC, 20002 |
| 5 | Office: (202) 470-3520 |

John G. Emerson*
jemerson@emersonfirm.com
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

**pro hac vice* to be submitted

*Attorneys for Plaintiff Mario Abad, et al.*

Dated: March 23, 2023

/s/ *Charles E. Schaffer*
Charles E. Schaffer
David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffrey K. Brown, Esq.
**LEEDS BROWN LAW, P.C.**
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff Barry Robinson*

Dated: March 23, 2023

/s/ Jae K.Kim
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel.: (619) 762-1900
Fax: (619) 756-6991
todd@lcllp.com

*Attorneys for Plaintiff Dorothy Teixeira*

Dated: March 23, 2023

/s/ Jae K.Kim
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel.: (619) 762-1900
Fax: (619) 756-6991
todd@lcllp.com

*Attorneys for Plaintiff Francis Barrott*

Dated: March 23, 2023

/s/   Gayle M. Blatt
David S. Casey, Jr.
Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff Tenija Moton*

Dated: March 23, 2023

/s/ *Charles E. Schaffer*
Charles E. Schaffer
David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffrey K. Brown, Esq.
**LEEDS BROWN LAW, P.C.**
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff Elizabeth Kelly*

Dated: March 23, 2023

/s/ *Jeff Westerman*
Caleb Marker, SBN 269721
Jeff Westerman, SBN 94559
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com
jeff.westerman@zimmreed.com

Brian C. Gudmundson, MN Bar No. 336695
Michael J. Laird, MN Bar No. 398436
Rachel K. Tack, MN Bar No. 399529
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

rachel.tack@zimmreed.com

*Attorneys for Plaintiff Anthony Lucero*

Dated: March 23, 2023

/s/ *Emily Johnson Henn*
Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

**FILER ATTESTATION**

I, L. Timothy Fisher, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the aforementioned signatories have concurred in this filing.

/s/ *L. Timothy Fisher*