**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ELLIOT LIBMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:22-cv-07069-EJD<br><br>Filed November 10, 2022<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS**<br>         *AS MODIFIED* |
| JOAQUIN SERRANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00487-EJD<br><br>Filed January 6, 2023<br>Transferred February 2, 2023 |
| JOHN FARLEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00524-EJD<br><br>Filed January 13, 2023<br>Transferred February 3, 2023 |

| | |
|---|---|
| ASHLEY POPA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00548-EJD<br><br>Filed January 16, 2023<br>Transferred February 7, 2023 |
| JUAN HERRERA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00867-EJD<br><br>Filed January 17, 2023<br>Transferred February 27, 2023 |
| ELIZABETH KELLY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00895-EJD<br><br>Filed January 25, 2023<br>Transferred March 1, 2023 |
| JULIA CIMA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:23-cv-00397-EJD<br><br>Filed January 26, 2023 |

| | | |
|---|---|---|
| 1 | DAVID SGRO, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00894-EJD |
| 2 | | |
| 3 | Plaintiff, | Filed January 27, 2023<br>Transferred February 28, 2023 |
| 4 | v. | |
| 5 | APPLE INC., | |
| 6 | Defendant. | |
| 7 | | |
| 8 | NATHAN DLUZAK, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00426-EJD |
| 9 | | |
| 10 | Plaintiff, | Filed January 30, 2023 |
| 11 | v. | |
| 12 | APPLE INC., | |
| 13 | Defendant. | |
| 14 | | |
| 15 | MARIO ABAD, *ET AL.*, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00505-EJD |
| 16 | | |
| 17 | Plaintiffs, | Filed February 2, 2023 |
| 18 | v. | |
| 19 | APPLE INC., | |
| 20 | Defendant. | |
| 21 | BARRY ROBINSON, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00795-EJD |
| 22 | | |
| 23 | Plaintiffs, | Filed February 2, 2023<br>Transferred February 23, 2023 |
| 24 | v. | |
| 25 | APPLE INC., | |
| 26 | Defendant. | |

[P~~ROPOSED~~] ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS

| | |
|---|---|
| DOROTHY TEIXEIRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00617-EJD<br><br>Filed February 10, 2023 |
| FRANCIS BARROTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00618-EJD<br><br>Filed February 10, 2023 |
| TENIJA MOTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00709-EJD<br><br>Filed February 16, 2023 |
| ANTHONY LUCERO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:23-cv-00901-EJD<br><br>Filed February 28, 2023 |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The *Libman*, *Serrano*, *Farley*, *Popa*, *Herrera*, *Kelly*, *Sgro*, *Cima*, *Dluzak*, *Abad*, *Robinson*, *Teixeira*, *Barrott*, *Moton,* and *Lucero* actions currently pending in this District~~, and any action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District~~ shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under *Libman,* Case No. 5:22-cv-07069-EJD, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | ~~Master File~~ No. 5:22-cv-07069-EJD **(Consolidated)** |
| ~~This Document Relates To:~~ | |

3. The case file for the Consolidated Action will be maintained under Master File No. 5:22-cv-07069-EJD. ~~When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above.~~ When a pleading is not intended to apply to all actions, ~~the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "5:23-cv-00487-EJD (*Serrano*)."~~ **it will be docketed on the Master Docket with the notation in the docket text as to the case numbers to which it pertains.**

4. ~~Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to N.D. Cal. L.R. 3-12~~

1. ~~whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:~~
   - a. ~~place a copy of this Order in the separate file for such action;~~
   - b. ~~serve on Plaintiffs' counsel in the new case a copy of this Order;~~
   - c. ~~direct that this Order be served upon defendants in the new case; and~~
   - d. ~~make the appropriate entry in the Master Docket.~~

4. Separate docket numbers shall be terminated in accordance with the regular procedures of the Clerk of this court, and any pending schedules, deadlines, or dates in the 5:23-cv00487-EJD, 5:23-cv-00524-EJD, 5:23-cv-00548-EJD, 5:23-cv-00867-EJD, 5:23-cv-00895-EJD, 5:23-cv-00397-EJD, 5:23-cv-00894-EJD, 5:23-cv-00426-EJD, 5:23-cv-00505-EJD, 5:23-cv-00795-EJD, 5:23-cv-00617-EJD, 5:23-cv-00618-EJD, 5:23-cv-00709-EJD, 5:23-cv-00901-EJD cases shall be closed.

5. The Motion to Consolidate filed by the law firms of Ahdoot & Wolfson, PC, Bursor & Fisher, P.A., Shub Law Firm LLC, and Pollock Cohen LLP is mooted only with respect to the request for consolidation pursuant to Fed. R. Civ. P. 42(a). That Motion remains pending with respect to those firms' request for appointment as interim class counsel under Fed. R. Civ. P. 23(g), and the June 1, 2023 hearing date reserved for that Motion shall be maintained for a hearing on all additional timely filed lead counsel applications submitted under Rule 23(g).

6. Apple ~~(and any additional defendants named in future Related Actions)~~ need not file a response to the complaint in each Related Action ~~or any future Related Actions~~ and instead will answer, move, or otherwise respond to the Consolidated Complaint.

7. Except for the April 20, 2023 status conference statement deadline, the April 27, 2023 status conference, and the June 1, 2023 hearing on the motion for appointment as interim class counsel, all other case deadlines in all Related Actions shall be vacated. ~~Upon relation and consolidation of any future Related Case, all deadlines in any such case shall be vacated.~~

8. An original of this Consolidation Order shall be filed by the Clerk in the Master File and in the files for each of the Related Cases captioned above, and in the file of every case subsequently consolidated herewith.

9. All papers previously filed and served to date in the Related Cases are part of the record in 5:22-cv-07069 EJD.

10. Each attorney who has already made an appearance or been admitted pro hac vice in any of the Related Cases shall be deemed admitted in *In re Apple Data Privacy Litigation*, Case No. 5:22-cv-07069 EJD.

11. Counsel who have not yet entered an appearance shall file a Notice of Appearance in *In re Apple Data Privacy Litigation*, Case No. 5:22-cv-07069 EJD.

12. Counsel in the above-captioned Related Cases shall call to the attention of the Court the filing or transfer of any related action arising out of similar facts and circumstances as are alleged in the Related Cases and that therefore might properly be consolidated or coordinated with the Related Cases.

13. Counsel in the Related Cases shall promptly mail a copy of this Order to counsel for plaintiff(s) in each such subsequently filed or transferred related action and to counsel for defendant(s) in each such action not already a party to the Related Cases. Promptly thereafter, upon notice to counsel for the parties in each such action, counsel for Plaintiffs in the Related Cases and counsel for Apple shall submit to the Court a proposed order consolidating any such action. Any party objecting to the application of this Consolidation Order to such a subsequently filed or transferred action, or objecting to consolidation with the Related Cases, shall file a motion seeking relief from this Consolidation Order within ten (10) days after the date upon which such a copy of this Consolidation Order is mailed by counsel in the Related Cases to counsel for such party.

**IT IS SO ORDERED.**

Dated:       March 24, 2023

EDWARD J. DAVLA
United States District Judge