Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile (650) 632-4800
ehenn@cov.com
kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
aheath@cov.com

*Attorneys for Defendant Apple Inc.*
[Additional Counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE: APPLE DATA PRIVACY LITIGATION

Civil Case No.: 5:22-cv-07069-EJD (Consolidated)

**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONSOLIDATE ALVAREZ V. APPLE INC.**

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONSOLIDATE ALVAREZ V. APPLE INC.
1
Civil Case No.: 5:22-CV-07069-EJD (Consolidated)

WHEREAS, on March 24, 2023, the Court entered an Order consolidating the *Libman*, *Serrano*, *Farley*, *Popa*, *Herrera*, *Kelly*, *Sgro*, *Cima*, *Dluzak*, *Abad*, *Robinson*, *Teixeira*, *Barrott*, *Moton*, and *Lucero* actions (the "Related Cases") as the Consolidated Action (the "Consolidation Order") (ECF 60).

WHEREAS, on or about March 31, 2023, the case captioned *Alvarez v. Apple Inc.*, No. 5:23-cv-01516-EJD (N.D. Cal.) ("*Alvarez*") was transferred from the U.S. District Court for the Southern District of New York to this Court.

WHEREAS, *Alvarez* arises out of similar facts and circumstances as are alleged in the Related Cases.

WHEREAS, on April 6, 2023, counsel for Defendant Apple Inc. ("Apple") emailed counsel for Plaintiff Alvarez a copy of the Consolidation Order.

WHEREAS, on April 13, 2023, Plaintiff Libman filed an Administrative Motion to Consider Whether Cases Should Be Related in connection with *Alvarez* (ECF 64).

WHEREAS, counsel for Plaintiff Alvarez has notified counsel in the Related Cases that Plaintiff Alvarez has no objection to consolidation with the Consolidated Action.

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. *Alvarez v. Apple Inc.*, No. 5:23-cv-01516-EJD (N.D. Cal.) shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila as part of the Consolidated Action.

2. The separate docket number in *Alvarez* shall be terminated in accordance with the regular procedures of this Court, and any pending schedules, deadlines, or dates in *Alvarez* shall be closed.

3. All provisions of the March 24, 2023 Consolidation Order shall apply equally to *Alvarez* as a Related Case.

4. For the avoidance of doubt, Apple need not file a response to the complaint in *Alvarez*, and instead will answer, move, or otherwise respond to the Consolidated Complaint.

**IT IS SO ORDERED.**

DATED:

____________________________________
HON. EDWARD J. DAVILA
United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONSOLIDATE ALVAREZ V. APPLE INC.

3

Civil Case No.: 5:22-CV-07069-EJD (Consolidated)

DATED: April 18, 2023

Respectfully submitted,

*/s/ Emily Johnson Henn*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile (650) 632-4800
ehenn@cov.com
kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
aheath@cov.com

*Attorneys for Defendant Apple Inc.*

*/s/ L. Timothy Fisher*

L. Timothy Fisher (SBN 1916260)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (*pro hac vice* forthcoming)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiff Elliot Libman*
*Attorneys for Plaintiff David Sgro*

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
twolfson@ahdoottwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Deborah Marie De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 w. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile (310) 474-8585

Andrew Ferich (*pro hac vice* forthcoming)
aferich@ahdootwolfson.com
AHDOOT & WOLFSON, PC
201King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Benjamin F. Johns (*pro hac vice* forthcoming)
bjohns@shublawyers.com
Samantha E. Holbrook (*pro hac vice*)
sholbrook@shublawyers.com
SHUB LAW FIRM LLC
134 Kings Highway E.
Haddonfield, NJ 08033
Telephone: (856) 772-7200

Raphael Janove (*pro hac vice*)
rafi@pollockcohen.com
Adam Pollock (*pro hac vice*)
adam@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

*Attorneys for Plaintiff Joaquin Serrano*
*Attorneys for Plaintiff John Farley*
*Attorneys for Plaintiff Julia Cima*

*/s/ Jae K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
LYNCH CARPENTER, LLP
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile (619) 756-6991
ekim@lcllp.com

Gary F. Lynch (*pro hac vice*)
Elizabeth Pollock-Avery (*pro hac vice*)
Hannah N. Barnett (*pro hac vice*)
LYNCH CARPENTER, LLP
1133 Penn Avenue
Pittsburg, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com
hannah@lcllp.com

*Attorneys for Plaintiff Ashely Popa*

*/s/ Ryan J. McGee*
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-0931
Facsimile: (813) 222-4702

Michael F. Ram (SBN 104805)
mram@forthepeople.com
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-0931
Facsimile: (813) 222-4702

Paul C. Whalen (*pro hac vice* forthcoming)
pcwhalen@pm.me

THE LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, New York 11030
Telephone: (516) 426-6870

*Attorneys for Plaintiff Juan Herrera*

*/s/ Stephen R. Basser*
Stephen R. Basser
E-mail: sbasser@barrack.com
Samuel M. Ward
E-mail sward@barrak.com
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

John G. Emerson (*pro hac vice* forthcoming)
jemerson@emersonfirm.com
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiff Nathan Dluzak*

*/s/ Stephen R. Basser*
Stephen R. Basser
sbasser@barrack.com
Samuel M. Ward
sward@barrak.com
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Andrew J. Heo (*pro hac vice* forthcoming)
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 9663-0600

Facsimile (215) 963-0838

Matthew Smith (SBN 309392)
msmith@classlawdc.com
MIGLIACCIO & RATHOD LLP
201 Spear St, Ste 1100
San Francisco, CA94105
Office: (202) 470-3520

Nicholas A. Migliaccio (*pro hac vice* forthcoming)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice* forthcoming)
jrathod@classlawdc.com
Tyler Bean (*pro hac vice* forthcoming)
tbean@classlawdc.com
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC, 20002
Office: (202) 470-3520

John G. Emerson (*pro hac vice* forthcoming)
jemerson@emersonfirm.com
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiff Mario Abad, et al.*

*/s/ Charles E. Schaffer*
Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice* forthcoming)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq. (*pro hac vice* forthcoming)
Daniel Markowitz, Esq. (*pro hac vice* forthcoming)
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100

Facsimile (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffery K. Brown, Esq. (*pro hac vice* forthcoming)
LEEDS BROWN LAW, P.C.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff Barry Robinson*

*/s/ Jae K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
LYNCH CARPENTER, LLP
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile (619) 756-6991
ekim@lcllp.com

Todd D. Carpenter (SBN 234464)
LYNCH CARPENTER, LLP
1350 Columbia St., Ste 603
San Diego, California 32101
Tel: (619) 762-1900
Fax: (619) 756-6991
todd@lcllp.com

*Attorneys for Plaintiff Dorothy Teixeira*

*/s/ Jae K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
LYNCH CARPENTER, LLP
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile (619) 756-6991
ekim@lcllp.com

Todd D. Carpenter (SBN 234464)
LYNCH CARPENTER, LLP
1350 Columbia St., Ste 603
San Diego, California 32101
Tel: (619) 762-1900

Fax: (619) 756-6991
todd@lcllp.com

*Attorneys for Plaintiff Francis Barrott*

*/s/ Gayle M. Blatt*

David S. Casey, Jr
Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff Tenija Moton*

*/s/ Charles E. Schaffer*

Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice* forthcoming)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq. (*pro hac vice* forthcoming)
Daniel Markowitz, Esq. (*pro hac vice* forthcoming)
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Facsimile (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffery K. Brown, Esq. (*pro hac vice* forthcoming)
LEEDS BROWN LAW, P.C.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff Elizabeth Kelly*

*/s/ Jeff Westerman*

Caleb Marker (SBN 269721)
Jeff Westerman (SBN 94559)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com
jeff.westerman@zimmreed.com

Brian C. Gudmundson (*pro hac vice* forthcoming)
Michael J. Laird (*pro hac vice* forthcoming)
Rachel K. Tack (*pro hac vice* forthcoming)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Attorneys for Plaintiff Anthony Lucero*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: April 18, 2023

By: /s/ *Emily Johnson Henn*
Emily Johnson Henn