L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
Brittany S. Scott (SBN 327132)
*bscott@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah Marie De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiffs Libman, Serrano, Farley, Cima, Sgro,* and *Moton*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | No. 5:22-cv-07069-EJD (Consolidated)<br><br>**AMENDED JOINT STATUS CONFERENCE STATEMENT**<br><br>Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor<br>April 27, 2023<br>11:00 a.m. |

# JOINT STATUS CONFERENCE STATEMENT

Counsel for Plaintiffs and Apple Inc. ("Apple") in this consolidated litigation respectfully submit this Joint Status Conference Statement in advance of the status conference scheduled for April 27, 2023. Minute Entry, ECF No. 56.

## I. BACKGROUND

This litigation currently encompasses 15 consolidated class actions filed between November 10, 2022 and February 28, 2023 and 3 additional related cases filed thereafter but not yet consolidated. Plaintiffs in these cases contend that Apple intercepts, collects, and shares device analytics and data for its mobile device users even after users opt out of such collection and sharing. Apple disputes Plaintiffs' claims.

This table reflects all cases currently consolidated in this Court:

|    | Case Name | Case Number | File Date | Plaintiffs' Counsel |
|----|-----------|-------------|-----------|---------------------|
| 1. | *Libman v. Apple, Inc.* | N.D. Cal., 5:22-cv-07069-EJD | 11/10/22 | Bursor & Fisher, P.A. |
| 2. | *Serrano v. Apple, Inc.* | N.D. Cal., 5:23-cv-00487-EJD | 01/06/23 E.D. Pa. | Ahdoot & Wolfson, PC<br><br>Shub and Johns LLC<br><br>Pollock Cohen LLP |
| 3. | *Farley v. Apple, Inc.* | N.D. Cal., 5:23-cv-00524-EJD | 01/13/23 E.D.N.Y. | Ahdoot & Wolfson, PC<br><br>Shub and Johns LLC<br><br>Pollock Cohen LLP |
| 4. | *Popa v. Apple Inc.* | N.D. Cal., 3:23-cv-00548-EJD | 01/16/23 W.D. Pa. | Lynch Carpenter LLP |
| 5. | *Herrara v. Apple, Inc.* | N.D. Cal., 5:23-cv-00867-EJD | 01/17/23 S.D.N.Y. | Morgan & Morgan<br><br>The Law Office of Paul C. Whalen, P.C. |
| 6. | *Kelly v. Apple Inc.* | N.D. Cal., 5:23-cv-00895-EJD | 01/25/23 E.D. Pa. | Levin Sedran & Berman |

|     | Case Name | Case Number | File Date | Plaintiffs' Counsel |
| --- | --- | --- | --- | --- |
|     |           |             |           | The Sultzer Law Group, P.C. <br><br> Leeds Brown Law, P.C. |
| 7.  | *Cima v. Apple Inc.* | N.D. Cal., 5:23-cv-00397-EJD | 01/26/23 | Ahdoot & Wolfson, PC <br><br> Shub and Johns LLC <br><br> Pollock Cohen LLP |
| 8.  | *Sgro v. Apple Inc.* | N.D. Cal., 5:23-cv-00894-EJD | 01/27/23 <br> E.D. Pa. | Bursor & Fisher, P.A. <br><br> Boni, Zack & Snyder |
| 9.  | *Dluzak v. Apple, Inc.* | N.D. Cal., 5:23-cv-00426-EJD | 01/30/23 | Barrack, Rodos & Bacine <br><br> Emerson Firm, PLLC |
| 10. | *Abad v. Apple, Inc.* | N.D. Cal., 5:23-cv-00505-EJD | 02/02/23 | Barrack, Rodos & Bacine <br><br> Migliaccio & Rathod LLP |
| 11. | *Robinson v. Apple Inc.* | N.D. Cal., 5:23-cv-00795-EJD | 02/02/23 <br> S.D.N.Y. | The Sultzer Law Group, P.C. <br><br> Levin Sedran & Berman <br><br> Leeds Brown Law, P.C. |
| 12. | *Texeira v. Apple Inc.* | N.D. Cal., 5:23-cv-00617-EJD | 02/10/23 | Lynch Carpenter, LLP <br><br> Freed Kanner London & Millen, LLC |
| 13. | *Barrott v. Apple Inc.* | N.D. Cal., 5:23-cv-00618-EJD | 02/10/23 | Lynch Carpenter, LLP |

AMENDED JOINT STATUS CONFERENCE STATEMENT

| | Case Name | Case Number | File Date | Plaintiffs' Counsel |
|---|---|---|---|---|
| | | | | Freed Kanner London & Millen, LLC |
| 14. | *Moton v. Apple Inc.* | N.D. Cal., 5:23-cv-00709-EJD | 02/16/23 | Casey Gerry Schenk Francavilla, Blatt & Penfield, LLP |
| 15. | *Lucero v. Apple Inc.* | N.D. Cal., 5:23-cv-00901-EJD | 02/28/23 | Zimmerman Reed |

Three additional related cases are pending but have not yet been consolidated with this litigation:

| | Case Name | Case Number | File Date | Plaintiffs' Counsel |
|---|---|---|---|---|
| 16. | *Alvarez v. Apple Inc.* | N.D. Cal., 5:23-cv-01516-EJD | 02/28/23 S.D.N.Y. | Lockridge Grindal Nauen, P.L.L.P.<br><br>The Law Office of Paul C. Whalen, P.C. |
| 17. | *Smith v. Apple Inc.* | E.D.N.Y., 2:23-cv-01774 | 03/08/23 E.D.N.Y. | Glancy Prongay Murray |
| 18. | *Puleo v. Apple Inc.* | N.D. Cal., 3:23-cv-01345-JD | 03/22/23 | Glancy Prongay Murray |

Efforts to relate the *Alvarez* and *Puleo* actions are in progress. Apple filed a notice of proposed consolidation and proposed order seeking to consolidate *Alvarez*. Apple has not yet been served in *Smith* and *Puleo*.

On February 2, 2023, Bursor & Fisher, Ahdoot & Wolfson, Shub & Johns, and Pollock Cohen[1] filed a motion to consolidate pursuant to Rule 42(a) and appoint Timothy Fisher and Tina Wolfson as interim co-lead class counsel and Samantha E. Holbrook and Raphael Janove to the Plainitffs' Steering Committee ("PSC") pursuant to Rule 23(g), to be heard on June 1, 2023. ECF No. 20.

On March 9, 2023, the Court held an initial status conference. Minute Entry, ECF No. 56. The Court confirmed that it would grant consolidation of the related actions, requested a stipulated

---

[1] These firms, along with Casey Gerry Schenk Francavilla, Blatt & Penfield, LLP and Boni, Zack & Snyder comprise the "Fisher-Wolfson team."

- 3 -

consolidation order, and set a further status conference for April 27, 2023. *Id*. The Court left in place the June 1, 2023 hearing date to consider all applications for interim lead plaintiffs' counsel, and requested counsel for plaintiffs in all filed actions to confer regarding leadership of the case and attempt to reach agreement on a leadership structure. *Id*. The Court signed the stipulated consolidation order on March 24, 2023, with modifications. ECF No. 60.

## II.   PLAINTIFFS' STATEMENT

Following the March 9 status conference, Plaintiffs' Counsel finalized the consolidation stipulation which they had been preparing and, upon obtaining Apple's consent, the Fisher-Wolfson team filed the stipulation and proposed order with the Court on March 23, 2023 (ECF No. 59), and on March 24 the Court entered the stipulated consolidation order with modifications (ECF No. 60).

Regarding leadership, there are two competing proposals, one from the Fisher-Wolfson team and one from a group of firms led the Morgan & Morgan and Lynch Carpenter firms ("Morgan-Lynch Group"). The following is an explanation by each competing group regarding their proposals and efforts to date:

### A.   THE FISHER-WOLFSON TEAM'S STATEMENT

The Fisher-Wolfson team has been at the forefront of this consolidated litigation and has undertaken the most meaningful efforts on behalf of the class members to date. Members of the team developed the legal theories and factual underpinnings of the litigation against Apple. They then filed the first three cases in the country against Apple relating to is alleged data sharing misconduct. Bursor & Fisher, P.A filed the first action, *Libman v. Apple Inc.*, No. 5:22-cv-07069-EJD, on November 10, 2022, which is now the Master File in the consolidated litigation. Ahdoot & Wolfson, PC, Shub & Johns LLC, and Pollock Cohen LLP filed the second case overall, *Serrano v. Apple Inc.*, No. 5:23-cv-00487-EJD, on January 6, 2023 in the Eastern District of Pennsylvania; the third case overall, *Farley v. Apple Inc.,* No. 5:23-cv-00524-EJD, on January 13, 2023 in the Eastern District of New York; and the second case in this Court, *Cima v. Apple Inc.*, No. 5:23-cv-00397-EJD, on January 26, 2023. In total, the Fisher-Wolfson team has filed 6 of the 18 related cases (*Libman*, *Serrano*, *Farley*, *Cima*, *Sgro*, and *Moton*).

As other cases continued to be filed, the Fisher-Wolfson team attempted to organize the cases before this Court by filing administrative motions to relate cases (ECF Nos. 17, 18, 21, 24, 33, 37, 39) and a motion to consolidate and appoint lead counsel appointment under Rules 42(a) and 23(g). ECF No. 20. As a result of the latter effort, the Fisher-Wolfson team was able to secure the June 1 hearing date for lead counsel motions. ECF No. 56.

Following the March 9 status conference, at the Court's direction Ahdoot & Wolfson took primary responsibility for drafting and circulating a proposed consolidation stipulation. After soliciting and considering the viewpoints of all plaintiffs' counsel as well as Apple's positions, the Fisher-Wolfson team edited and ultimately was able to obtain consent to the stipulation from all parties. The team filed the stipulation and proposed order with the Court on March 23, 2023 (ECF No. 59), and on March 24 the Court entered the stipulated consolidation order with modifications (ECF No. 60). The Fisher-Wolfson team has been the primary point of communication between counsel for plaintiffs and Apple to date, coordinating with Apple about case management and organization issues.

Regarding case leadership, the Fisher-Wolfson team's extensive meet and confer efforts have been guided by the Court's preference for a collaborative and inclusive approach to case leadership with the goal of obtaining universal consensus, as discussed during the March 9 status conference.

After re-visiting the process and structure adopted by interim lead counsel in *In re: Apple Inc. Device Performance Litigation*, No. 5:18-md-02827 (N.D. Cal.), where Ms. Wolfson and Ms. Blatt served on the Executive Committee, and adjusting that approach to the needs of this case, on March 14, the Fisher-Wolfson team proposed an all-inclusive leadership structure that includes law firms that filed each of the 18 cases at issue here – 17 law firms in total. The proposal was as follows:

**Co-Lead**:

Bursor & Fisher – Tim Fisher
Ahdoot & Wolfson – Tina Wolfson

**Plaintiffs' Steering Committee**:

Shub & Johns
Pollock Cohen
Lynch Carpenter

>Morgan & Morgan
>Paul Whalen
>Levin Sedran
>The Sultzer Group
>Leeds Brown
>Barrack, Rodos & Bacine
>Migliaccio & Rathod
>Freed Kanner London & Millen
>Casey Gerry
>Zimmerman Reed
>Lockridge Grindal
>Glancy Prongay Murray

Under this proposal, Mr. Fisher and Ms. Wolfson would act as co-lead interim counsel. The Fisher-Wolfson team also proposed that the remaining 15 firms each take a PSC position, and that the PSC be divided in the following working groups: (1) Law and Briefing, (2) Defensive Discovery and Plaintiff Coordination, (3) Offensive Discovery and ESI Coordination, (4) Third Party Discovery, (5) Experts, (6) Settlement, and (7) Trial Preparation. They invited each firm to nominate an individual for the PSC, with an eye toward diversity, and indicate which working group they would like to be assigned to, and the individual's particular experience in the relevant area.

As indicated in their March 14 email proposal to all plaintiff counsel, the Fisher-Wolfson team believe that their proposal is fair, consistent with the Court's directives and the needs of the case and presents an inclusive approach that provides an opportunity for meaningful participation to each firm. Since March 14, the Fisher-Wolfson team has reached out to every law firm individually to discuss their proposal, but despite their best efforts, they have not yet been able to obtain universal agreement. The Fisher-Wolfson team will continue to meet and confer with the remaining plaintiffs' counsel to reach consensus. The team will be filing an amended lead counsel motion under Rule 23(g) in advance of the June 1, 2023 hearing.

### B. THE MORGAN-LYNCH GROUP'S STATEMENT

The Morgan-Lynch Group now has the support of the plaintiffs and counsel in 12 of the 18 cases that have been filed. In response to receiving the proposal by the Fisher-Wolfson Group to have Fisher-Wolfson serve as Co-Lead counsel, with everyone else serving on a PSC, discussions were held among all remaining counsel in the cases other than those filed by the Fisher-Wolfson Group. The result of these discussions was a consensus and agreement among all the remaining counsel to

propose the following structure to the Fisher-Wolfson Group, which attempted to achieve true inclusiveness at both the Co-Lead and PSC level:

CO-LEADS:

Bursor & Fisher
Lynch Carpenter
Morgan & Morgan

PLAINTIFFS' STEERING COMMITTEE:

Adhoot & Wolfson
Barrack Rodos
Casey Gerry
Freed Kanner
Glancy Prongay & Murray
Levin Sedran
Lockridge Grindal (Chair)
Migliaccio Rathod
Sultzer Law Group
Zimmerman Reed

The proposal made to the Fisher-Wolfson Group was that all the appointments (Co-Leads and PSC) be made on a firm basis, rather than an individual basis. The reasoning for this approach is that, by appointing firms rather than individuals, each firm would retain the flexibility to staff the work they are assigned in a way that promotes diversity, on an individual assignment basis, both within their firms and as part of the overall team litigating this case. In that regard, the proposal was for each firm to identify for the Court the individuals who will work on the case, and to support the diversity initiative in doing so.

Many of the firms agreeing to the proposal had previously planned to submit an application to serve as Lead Counsel, but agreed to the proposal in the spirit of compromise and collaboration.

In addition to the PSC, the proposal included a Leadership Development Committee, comprised of one less experienced attorney from every firm in leadership. This committee of less experienced lawyers would be provided specific growth opportunities during the course of the litigation, such as arguing motions, attending conferences, etc. Further, each member of the

Leadership Development Committee would be invited to "shadow" and participate in one of the various working groups we create.

Regarding the working groups, the proposal set forth slightly more distinct groups than what had been proposed by Fisher-Wolfson, as follows:

Law and Briefing
Defensive Discovery
Offensive Discovery
Third Party Discovery
Damages Experts
Liability Experts
Plaintiff Coordination and Vetting
Settlement (Co-Leads)
ESI Coordination
Trial

It is the intention of the Morgan-Lynch Group that the Court-appointed Co-Leads will assign specific firms to each of the above-listed working groups and in order to facilitate a collaborative and efficient workflow in the litigation.

As explained in the communication of the above proposal to the Fisher-Wolfson Group, the proposal achieves actual inclusiveness which will lead to a genuine collaboration among all the firms. Further, the foregoing approach will enable each firm to utilize their particular diversity, and to marshal that diversity for the benefit of the plaintiff class. Most importantly, the proposal made to the Fisher-Wolfson Group, had they agreed to it, would represent a true consensus on leadership, by including all competing groups (including the Fisher-Wolfson Group) in the co-leadership of the case, as well as participation on the PSC and Leadership Development Committee.

The Fisher-Wolfson Group has not agreed to the foregoing, inclusive proposal. Accordingly, the Morgan-Lynch Group has now formed for the purpose of submitting a competing leadership application, which will be submitted to the Court by the date it so orders.

There has been little to no substantive litigation yet in this consolidated action. Nevertheless, the Morgan-Lynch group has already identified regulatory investigations and engaged in other efforts to gather relevant discovery in this matter to advance the interests of the class in this litigation, and has suggested that Apple provide that (and similar) discovery immediately. The Morgan-Lynch Group

has retained at least one expert and has actively worked with all counsel, including opposing counsel, in the litigation. The Morgan-Lynch group will further detail their qualifications and efforts in their forthcoming leadership application, but for the sake of brevity, have limited their portion of this statement to the issues the Court requested.

### III.  APPLE'S STATEMENT

Apple takes no position on the appointment of lead interim counsel.

### IV.  SCHEDULING AND DISCOVERY

#### A.  Submission of Lead Counsel Motions Pursuant to Fed. R. Civ. P. 23(g)

As noted above, on February 2, 2023 the Fisher-Wolfson team filed a motion to be appointed as lead counsel pursuant to Rule 23(g) (ECF No. 20) and the June 1 hearing date remains in place. ECF No. 60, ¶ 5. Plaintiffs propose that Fisher Wolfson's amended application and any other applications for appointment of lead counsel be due on or before May 18, 2023. The Morgan-Lynch group requests that the parties be allowed to file a 3-page reply no later than May 25, 2023.

Apple reserves its right to respond to leadership applications.

#### B.  Discovery

Given that the first-filed *Libman* case has been pending since November 2022, Plaintiffs request that the Court order prompt production of non-controversial discovery as soon as the Court appoints lead counsel. To that end, Plaintiffs request that the Court order Apple to begin collecting documents and ESI containing all privacy representations Apple has made to the consumers from January 1, 2019 through the present with respect to data sharing and data privacy concerning its mobile devices, and produce these documents to lead counsel one week after lead counsel is appointed. Plaintiffs oppose any stay of discovery. Plaintiffs oppose any stay of discovery. Consistent with other litigations in this District, "a pending motion to dismiss does not typically stay discovery." *Mandel v. Bd. of Trustees of California State Univ.*, No. 17-cv-03511, 2018 WL 1242067, at *24, n. 19 (N.D. Cal. March 9, 2018) (Orrick, J.); *see Brown v. Google, LLC*, No. 20-cv-03664, Dkt. 60 (N.D. Cal. Sept. 3, 2020) (denying *sua sponte* motion to stay). Plaintiffs believe that Apple should produce to Plaintiffs any documents that Apple previously produced to investigating government agencies and regulators concerning the conduct at issue in this litigation. Such production will be neither

burdensome nor costly, as it requires little more than making a copy of the produced information. Producing these documents now will avoid unnecessary delay in conducting discovery and could assist Plaintiffs in tailoring their follow-on discovery efforts. Plaintiffs request that these documents be provided no later than one week after service of a Consolidated Complaint and the entry of a Protective Order. By way of example, Germany's Federal Cartel Office issued a statement in 2022 stating that it had initiated a proceeding against Apple to review its tracking rules, including the App Tracking Transparency Framework.[2]

      Apple opposes Plaintiffs' request for discovery and respectfully requests that all discovery be stayed pending resolution of Apple's motion to dismiss the anticipated Consolidated Amended Complaint. Because the Consolidated Amended Complaint has not yet been filed and the scope of Plaintiffs' claims is not yet clear, any discovery is premature. Ordering Apple to respond to discovery requests presented in a status conference statement also deprives Apple of its right to object and to meet and confer regarding the requests pursuant to the typical process set forth in the Federal Rules. Moreover, based on its review of the claims and allegations set forth in the complaints filed thus far, Apple expects that it will move to dismiss all of Plaintiffs' claims for failure to state a claim upon which relief can be granted and other grounds. Plaintiffs' discovery request for privacy representations Apple has made to consumers will not be necessary to resolve the motion to dismiss, including because Plaintiffs would already be aware of any relevant representations they allege were made to them and they must be able to state a claim based on the representations they actually saw and relied upon. Plaintiffs' request for any documents Apple produced to regulators or investigators is also improper for these and other reasons. Apple received this request from Plaintiffs for the first time 90 minutes before the filing deadline for this joint statement, which does not afford Apple sufficient time to fully respond. Given that Apple's motion to dismiss may dispose of the case in its entirety, no discovery should occur unless and until a complaint survives dismissal. *See, e.g.*, *Muhmoud v. City of San Jose*, 2022 WL 16855573 (N.D. Cal. Nov. 10, 2022) (Davila, J.); *Arcell v. Google LLC*, 2022 WL 16557600 (N.D. Cal. Oct. 31, 2022) (Davila, J.); *Onuoha v. Facebook, Inc.*,

---

[2] https://www.bundeskartellamt.de/SharedDocs/Publikation/EN/Pressemitteilungen/2022/14_06_2022_Apple.pdf?__blob=publicationFile&v=3.

2017 WL 11681325 (N.D. Cal. Apr. 7, 2017) (Davila, J.). Apple reserves its right to submit additional briefing if the Court is inclined to entertain these requests.

Respectfully submitted,

Dated: April 20, 2023

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Deborah Marie De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Andrew Ferich (*pro hac vice* forthcoming)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Benjamin F. Johns (*pro hac vice* forthcoming)
bjohns@shublawyers.com
Samantha E. Holbrook (*pro hac vice* pending)
sholbrook@shublawyers.com
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 477-8380
Facsimile:  (856) 210-9088

Raphael Janove (admitted *pro hac vice*)
Rafi@PollockCohen.com
Adam Pollock (*pro hac vice* forthcoming)
Adam@PollockCohen.com
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

*Attorneys for Plaintiff Joaquin Serrano*
*Attorneys for Plaintiff John Farley*
*Attorneys for Plaintiff Julia Cima*

Dated: April 20, 2023

/s/ L. Timothy Fisher
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (*pro hac vice* forthcoming)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiff Elliott Libman*
*Attorneys for Plaintiff David Sgro*

Dated: April 20, 2023

/s/ Jae K. Kim
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch*
Elizabeth Pollock-Avery*
Hannah N. Barnett*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com

elizabeth@lcllp.com
hannah@lcllp.com

*admitted *pro hac vice*

*Attorneys for Plaintiff Ashley Popa*

Dated: April 20, 2023

/s/ *Ryan J. McGee*
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-0931
Facsimile: (813) 222-4702

Michael F. Ram (SBN 104805)
mram@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Ste 500
San Francisco, California 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Paul C. Whalen (*pro hac vice forthcoming*)
pcwhalen@pm.me
**THE LAW OFFICE OF PAUL C. WHALEN, P.C.**
768 Plandome Road
Manhasset, New York 11030
Telephone: (516) 426-6870

*Attorneys for Plaintiff Juan Herrera*

Dated: April 20, 2023

/s/ *Stephen R. Basser*
Stephen R. Basser
E-mail: sbasser@barrack.com
Samuel M. Ward
E-mail: sward@barrack.com
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900

|   |   |   |
|---|---|---|
| 1 |   | San Diego, CA 92101 |
| 2 |   | Telephone: (619) 230-0800 |
|   |   | Facsimile: (619) 230-1874 |
| 3 |   | John G. Emerson* |
| 4 |   | jemerson@emersonfirm.com |
|   |   | **EMERSON FIRM, PLLC** |
| 5 |   | 2500 Wilcrest Drive, Suite 300 |
|   |   | Houston, TX 77042 |
| 6 |   | Telephone: (800) 551-8649 |
|   |   | Facsimile: (501) 286-4659 |

\**pro hac vice* to be submitted

*Attorneys for Plaintiff Nathan Dluzak*

Dated: April 20, 2023           */s/ Stephen R. Basser*
　　　　　　　　　　　　　　　Stephen R. Basser
　　　　　　　　　　　　　　　E-mail: sbasser@barrack.com
　　　　　　　　　　　　　　　Samuel M. Ward
　　　　　　　　　　　　　　　E-mail: sward@barrack.com
　　　　　　　　　　　　　　　**BARRACK RODOS & BACINE**
　　　　　　　　　　　　　　　One America Plaza
　　　　　　　　　　　　　　　600 West Broadway, Suite 900
　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　Telephone: (619) 230-0800
　　　　　　　　　　　　　　　Facsimile: (619) 230-1874

　　　　　　　　　　　　　　　Andrew J. Heo*
　　　　　　　　　　　　　　　**BARRACK RODOS & BACINE**
　　　　　　　　　　　　　　　3300 Two Commerce Square
　　　　　　　　　　　　　　　2001 Market Street
　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　Telephone: (215) 9663-0600
　　　　　　　　　　　　　　　Facsimile: (215) 963-0838

　　　　　　　　　　　　　　　Matthew Smith (SBN 309392)
　　　　　　　　　　　　　　　msmith@classlawdc.com
　　　　　　　　　　　　　　　**MIGLIACCIO & RATHOD LLP**
　　　　　　　　　　　　　　　201 Spear St, Ste 1100
　　　　　　　　　　　　　　　San Francisco, California 94105
　　　　　　　　　　　　　　　Office: (202) 470-3520

　　　　　　　　　　　　　　　Nicholas A. Migliaccio*
　　　　　　　　　　　　　　　nmigliaccio@classlawdc.com
　　　　　　　　　　　　　　　Jason S. Rathod*
　　　　　　　　　　　　　　　jrathod@classlawdc.com
　　　　　　　　　　　　　　　Tyler Bean*

tbean@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC, 20002
Office: (202) 470-3520

John G. Emerson*
jemerson@emersonfirm.com
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone:  (800) 551-8649
Facsimile:   (501) 286-4659

**pro hac vice* to be submitted

*Attorneys for Plaintiff Mario Abad, et al.*

Dated: April 20, 2023

*/s/ Charles E. Schaffer*
Charles E. Schaffer
David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffrey K. Brown, Esq.
**LEEDS BROWN LAW, P.C.**
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff Barry Robinson*

AMENDED JOINT STATUS CONFERENCE STATEMENT

| | |
|---|---|
| Dated: April 20, 2023 | */s/ Jae K.Kim* <br> **LYNCH CARPENTER, LLP** <br> (Eddie) Jae K. Kim (SBN 236805) <br> 117 East Colorado Blvd. <br> Suite 600 <br> Pasadena, CA 91105 <br> Telephone: (626) 550-1250 <br> Facsimile: (619) 756-6991 <br> ekim@lcllp.com <br><br> **LYNCH CARPENTER, LLP** <br> Todd D. Carpenter (SBN 234464) <br> 1350 Columbia St., Ste. 603 <br> San Diego, California 92101 <br> Tel.: (619) 762-1900 <br> Fax: (619) 756-6991 <br> todd@lcllp.com <br><br> Jonathan M. Jagher (*pro hac vice* forthcoming) <br> **FREED KANNER LONDON & MILLEN LLC** <br> 923 Fayette Street <br> Conshohocken, Pennsylvania 19428 <br> Tel: (610) 234-6486 <br> jjagher@fklmlaw.com <br><br> *Attorneys for Plaintiff Dorothy Teixeira* |
| Dated: April 20, 2023 | */s/ Jae K.Kim* <br> **LYNCH CARPENTER, LLP** <br> (Eddie) Jae K. Kim (SBN 236805) <br> 117 East Colorado Blvd. <br> Suite 600 <br> Pasadena, CA 91105 <br> Telephone: (626) 550-1250 <br> Facsimile: (619) 756-6991 <br> ekim@lcllp.com <br><br> **LYNCH CARPENTER, LLP** <br> Todd D. Carpenter (SBN 234464) <br> 1350 Columbia St., Ste. 603 <br> San Diego, California 92101 <br> Tel.: (619) 762-1900 <br> Fax: (619) 756-6991 <br> todd@lcllp.com |

Jonathan M. Jagher (*pro hac vice* forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Tel: (610) 234-6486
jjagher@fklmlaw.com

*Attorneys for Plaintiff Francis Barrott*

Dated: April 20, 2023

/s/ *Gayle M. Blatt*
David S. Casey, Jr.
Gayle M. Blatt
P. Camille Guerra
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff Tenija Moton*

Dated: April 20, 2023

/s/ *Charles E. Schaffer*
Charles E. Schaffer
David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq.
Daniel Markowitz, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

|   |   |   |
|---|---|---|
| 1 |  | markowitzd@thesultzerlawgroup.com |
| 2 |  | Jeffrey K. Brown, Esq. |
| 3 |  | **LEEDS BROWN LAW, P.C.** |
|   |  | 1 Old Country Rd., Suite 347 |
| 4 |  | Carle Place, NY 11514 |
|   |  | Tel: (516) 873-9550 |
| 5 |  | jbrown@leedsbrownlaw.com |
| 6 |  | *Attorneys for Plaintiff Elizabeth Kelly* |

Dated: April 20, 2023

*/s/ Caleb Marker*
Caleb Marker, SBN 269721
Jeff Westerman, SBN 94559
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com
jeff.westerman@zimmreed.com

Brian C. Gudmundson, MN Bar No. 336695
Michael J. Laird, MN Bar No. 398436
Rachel K. Tack, MN Bar No. 399529
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Attorneys for Plaintiff Anthony Lucero*

Dated: April 20, 2023

*/s/ Emily Johnson Henn*
Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com

Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

### FILER ATTESTATION

I, Tina Wolfson, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the aforementioned signatories have concurred in this filing.

Dated:  April 20, 2023                                          /s/ Tina Wolfson

AMENDED JOINT STATUS CONFERENCE STATEMENT