UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATIE ALVAREZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant. | Civil Case No.: 5:23-cv-01516-EJD<br><br>[PROPOSED] ORDER TO CONSOLIDATE<br><br>*AS MODIFIED* |

　　　The Request and Proposed Order to Consolidate Alvarez v. Apple Inc. is GRANTED.  This action is consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila as part of *In re: Apple Data Privacy Litigation*, 5:22-cv-07069-EJD (N.D. Cal.). All provisions of the March 24, 2023 Consolidation Order, No. 5:22-cv-07069-EJD, ECF No. 60, shall apply.

DATED:  May 12, 2023　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　HON. EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge