Samantha E. Holbrook (*pro hac vice* pending)
sholbrook@shublawyers.com
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 477-8380

*Proposed Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | Case No. 5:22-cv-07069-EJD (Consolidated) <br><br> **DECLARATION OF SAMANTHA E. HOLBROOK IN SUPPORT OF PLAINTIFFS ELLIOT LIBMAN, JULIA CIMA, JOAQUIN SERRANO, JOHN FARLEY, DAVID SGRO, AND TENIJA MOTON'S MOTION TO APPOINT THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL** <br><br> Date: June 1, 2023 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 4 – 5th Floor <br> Judge: Hon. Edward J. Davila |

I, Samantha E. Holbrook, declare as follows:

1. I am a partner at the law firm of Shub & Johns LLC (previously known as Shub Law Firm LLC) in Conshohocken, Pennsylvania and counsel for Plaintiffs Julia Cima and Joaquin Serrano in the above-captioned *Cima* and *Serrano* action. I submit this declaration in support of Plaintiffs Elliot Libman, Julia Cima, Joaquin Serrano, John Farley, David Sgro, and Tenija Moton's Motion to Appoint the Fisher-Wolfson Team as Interim Class Counsel. I have personal knowledge of the information contained herein, and if called as a witness I could and would testify competently thereto.

2. On January 26, 2023, my co-counsel and my firm filed an action on behalf of Plaintiff Julia Cima in this Court against Apple, Inc. ("Apple") for injuries allegedly arising out of Apple's unlawful collection of data from its iPhone, iPad and Apple Watch users after those users have opted out of Apple's data collection practices.[1]

3. Previously, co-counsel at Bursor & Fisher, P.A. filed the first case against Apple representing Plaintiff Elliott Libman in the case *Libman v. Apple, Inc.*, No. 5:22-cv-07069 filed November 10, 2022.

4. Following the filing of our case, my co-counsel and my firm conferred with counsel for *Libman* to discuss potential consolidation and coordination of efforts in prosecuting these overlapping actions. After several discussions, counsel for *Libman* agreed to combine forces to voluntarily coordinate and jointly litigate these Related Actions for the benefit of the class.

A. **Background Information About Myself**

5. I joined Shub & Johns as a partner on January 23, 2023.[2] Prior to joining Shub & Johns, I previously practiced at Chimicles Schwartz Kriner & Donaldson-Smith LLP in Haverford,

---

[1] My firm filed similar actions in two other courts: *Serrano v. Apple*, No. 23-cv-70, in the Eastern District of Pennsylvania, and *Farley v. Apple Inc.*, No. 23-cv-254, in the Eastern District of New York. Apple sought to transfer both of those actions on January 31, 2023. Plaintiffs agreed with this coordination and did not oppose transfer. The *Serrano* action has been transferred to this Court.

[2] *See* "Class Action Partner Is Latest Hire At NJ's Shub Law," (Jan. 24, 2023), available: https://www.law360.com/pulse/daily-litigation/articles/1568495/class-action-partner-is-latest-hire-at-nj-s-shub-law.

- 1 -

Pennsylvania and Kessler Topaz Meltzer & Check, LLP in Radnor, Pennsylvania. I have practiced plaintiffs' class action litigation for my entire legal career.

6. I am admitted to practice before the Supreme Courts of Pennsylvania and New Jersey and various federal courts across the country. I am in good standing in every court in which I have been admitted to practice and have never been subjected to any disciplinary proceedings.

7. I have considerable experience serving in leadership and support roles in complex class actions and data privacy cases. Examples of recent cases in which I have served in leadership capacities include the following:

- *Suarez v. Nissan North America*, No. 3:21-cv-00393 (M.D. Tenn.) (appointed among the lead class counsel in a consumer class action alleging defective headlamps in Nissan Altima vehicles which reached a settlement valued at over $50 million that provides reimbursements, free repairs, and an extended warranty);
- *Kostka v. Dickey's Barbecue Restaurants, Inc*., No. 3:20-cv-03424-K (N.D. Tex.) (appointed as additional class counsel on behalf of consumers whose sensitive payment card information was exposed in a data breach at Dickey's restaurant chains; $2.35 million settlement is awaiting final approval); and
- *J.A v. Microsoft Corp.,* No. 20-cv-64 (W.D. Wash.), ECF No. 45 (appointed as co-lead counsel in a videogame controller product defect action involving Microsoft).

8. I also have extensive experience in litigating data privacy class action lawsuits, including the following matters that resulted in favorable outcomes for my clients and the class. *In re Wawa, Inc. Data Security Litig*., Lead Case No. 2:19-cv-06019-GEKP (E.D. Pa) (worked closely with Shub & Johns partner Benjamin F. Johns, who was appointed as co-lead counsel, in data breach class action that achieved $12 million settlement on behalf of consumers).

9. Additionally, I have made significant contributions to the prosecution of the following class actions: *Bentley v. LG Electronics U.S.A., INC.,* No. 19-cv-13554 (D.N.J.) (approving settlement that provided cash payments and prospective relief to approximately 1.55 million class members); *Lacher et al v. Aramark Corp.*, 2:19-cv-00687 (E.D. Pa. 2019) (represented a class of Aramark's

- 2 -

current and former managers alleging that Aramark breached its employment contracts by failing to pay bonuses and restricted stock unit compensation to managers nationwide); *Board of Trustees of the AFTRA Retirement Fund, et al. v. JPMorgan Chase Bank, N.A.*, 09-CV-686 (SAS), 2012 WL 2064907 (S.D.N.Y. June 7, 2012) (approving $150 million settlement); and *In re 2008 Fannie Mae ERISA Litigation*, Case No. 09-cv-1350 (S.D.N.Y.) ($9 million settlement on behalf of participants in the Federal National Mortgage Association Employee Stock Ownership Plan). I was an integral part of the trial preparation team in *Board of Trustees of the AFTRA Retirement Fund, et al. v. JP Morgan Chase Bank*, assisting with preparing pre-trial memoranda, jury instructions, voir dire questions, motions in lmine, trial presentations, compiling trial exhibits, and assisting the partners with mock trial preparation. The case ultimately settled on the eve of trial for $150 million. I also was part of the trial team for two nationwide class action cases against providers of inmate calling services—Securus Technologies, Inc. and Global Tel*Link Corporation— that were slated to go to trial and made significant contributions in the way of preparing the cases for nationwide jury trials, including but not limited to preparing jury questionnaires, drafting motions in limine, and preparing trial exhibits. *See Mojica v. Securus Technologies, Inc.*, No. 14-cv-5258 (W.D. Ark.); *In re: Global Tel*link Corp. ICS Litig.*, No. 14-cv-5275 (W.D. Ark.).

10. I have experience handling and litigating all aspects of the prosecution of national class action litigation asserting claims under state and federal laws challenging predatory lending practices, product defects, breach of fiduciary duty, antitrust violations, consumer fraud, and unfair and deceptive acts and practices in federal courts throughout the country. I have been recognized as a "Pennsylvania Rising Stars Super Lawyer" in the practice area of Class Action/Mass Torts for the years 2020-2023.

11. I received my law degree from Temple University Beasley School of Law in 2011. While in law school, I served as the President of the Moot Court Honor Society and President of the Student Animal Legal Defense Fund. I was also a member of Temple's nationally recognized Trial Team. Upon graduating, I served as an adjunct professor for Temple coaching its Trial Team from 2013-2018, coaching the team to a first place victory in March 2014. I also served as a coach for

Temple's Moot Court Honor Society teams from 2012-2018. I received my undergraduate degrees from the Pennsylvania State University in Political Science and Spanish. While in college, I spent a semester studying abroad in Sevilla, Spain. I am proficient in Spanish. I also currently serves as the Board President for Citizens for a No-Kill Philadelphia, a Philadelphia-based animal welfare advocacy organization, and serve on the Board of Directors of City of Elderly Love, a senior-focused animal rescue organization, which I co-founded.

12. I have gained valuable experience in all aspects of class action litigation, and am well poised to serve in a leadership role in this action with the full support and commitment of my firm.

**B. Shub & Johns's Relevant Background and Efforts and Commitment to This Case**

13. Shub & Johns is committed to investing the necessary resources to effectively litigate this case on behalf of our clients and the class, and has demonstrated its historical willingness to do so. For example, the firm was co-lead counsel in a privacy case involving an alleged violation of Pennsylvania's Criminal History Record Information Act. *Taha v. Bucks County et al.*, No. 2:12-cv-06867-WB (E.D. Pa.). This case, which lasted over seven years and included an appeal to the Third Circuit, resulted in a $68 million jury verdict. While on appeal, the case settled on a class-wide basis.[3] This is believed to be the first privacy class action that has been successfully tried to a jury verdict.

14. My partner Mr. Johns has served in lead counsel positions in several cases in this Court, including *In re Macbook Keyboard Litig.*, No. 5:18-cv-02813-EJD (N.D. Cal.) (wherein he argued motions for class certification and to dismiss); *Weeks v. Google LLC*, 5:18-cv-00801-NC, 2019 U.S. Dist. LEXIS 215943, at *8-9 (N.D. Cal. Dec. 13, 2019) (Mr. Johns argued a motion to dismiss; $7.25 million settlement was reached, which Magistrate Judge Cousins described as being an "excellent result."); *In re Nexus 6P Product Liability Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (Mr. Johns argued two of the motions to dismiss; $9.75 million settlement reached which Judge Freeman

---

[3] *See* "Pa. Judge OKs $14M Criminal History Privacy Settlement." https://www.law360.com/articles/1333302/pa-judge-oks-14m-criminal-history-privacy-settlement (last visited Jan. 17, 2023).

- 4 -
DECLARATION OF SAMANTHA E. HOLBROOK ISO MOTION TO APPOINT
THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL

described as "substantial" and an "excellent resolution of the case."); *In re MyFord Touch Consumer Litig.*, No. 13-cv-03072-EMC (N.D. Cal.) ($17 million settlement reached shortly before trial.).

15. A copy of Shub & Johns's firm resume is attached hereto as **Exhibit A**.

16. Shub & Johns has been diligent in and committed to investigating claims on behalf of the putative class. Prior to commencing this litigation, Shub & Johns thoroughly investigated potential legal claims (and potential defenses thereto) arising from Apple's conduct in illegally tracking data usage of its users. Shub & Johns has performed the following work on behalf of Plaintiff and class members, among other things: investigated potential legal claims arising from Apple's alleged practices of intercepting the data of consumers who use Apple mobile devices, even after users indicate disagreement with the data sharing; investigated the circumstances surrounding these alleged data sharing practices; articulated the nature of Apple's alleged misconduct in a detailed complaint before this Court and in federal courts in Pennsylvania and New York; stayed abreast of and analyzed reports, articles, and other public materials discussing and describing Apple's challenged conduct; spoke with numerous class members who inquired with my firm about this matter; investigated the nature of the challenged conduct at issue here by interviewing dozens of potential clients who contacted Plaintiffs' counsels' firms; investigated the adequacy of the named Plaintiffs to represent the putative class; conducted substantial research on legal issues relating to and the viability of claims brought under the California Invasion of Privacy Act (CIPA) and the Pennsylvania Wiretapping and Electronic Surveillance Control Act (WESCA); communicated internally amongst Plaintiffs' counsel regarding the most efficient manner to organize this litigation; with my co-counsel, attempted to privately order and self-organize with other counsel that may file competing applications; consulted with a technical expert about the alleged data privacy violations and Apple's alleged misconduct; participated in communications with Apple's counsel about the best way to coordinate the related actions before this Court and the actions filed in other federal courts around the country, including through informal coordination and voluntary transfers under 28 U.S.C. § 1404; drafted this motion to consolidate and appoint Interim Class Counsel pursuant to Rule 42(a) and Rule 23(g); and worked

cooperatively, coordinated, and continue to meet and confer with Defendant's counsel and counsel for the other Plaintiffs regarding this litigation.

17. Shub & Johns has committed appropriate, yet substantial, time and resources to organizing and working collaboratively toward the advancement of the litigation and will continue to do so. As a result of these efforts, Shub & Johns and its co-counsel have begun to develop a clear understanding of the claims and defenses in this case.

18. Shub & Johns is committed to working cooperatively with the other proposed Co-Lead and PSC counsel and their law firms, Defendant's counsel, and to coordinate with Defendant's counsel as this litigation progresses.

**C.  Conclusion**

19. I am confident that my firm, as well as the various firms supporting our lead counsel application, can work together cooperatively and efficiently in leadership positions on behalf of Plaintiffs and the putative Class in this case. I have and will commit to devote the requisite time and resources to vigorously litigate this matter on behalf of our clients and the putative class.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 18th day of May, 2023. at North Wales Pennsylvania.

*/s/ Samantha Holbrook*
SAMANTHA E. HOLBROOK

# Exhibit A



Shub & Johns LLC

Four Tower Bridge
200 Barr Harbor Drive
Suite 400 - PMB 99452
Conshohocken, PA 19428

(610) 477-8380
shublawyers.com
Info@shublawyers.com



**Jonathan Shub** is a co-founder of Shub & Johns LLC. Mr. Shub graduated from American University (Washington, D.C.), B.A., in 1983 and Delaware Law School of Widener University (now Widener University Delaware School of Law), cum laude, in 1988. While enrolled in Delaware Law School of Widener University, he served as the Law Review Articles Editor. Jon was a Wolcott Fellow Law Clerk to the Hon. Joseph T. Walsh, Delaware Supreme Court in 1988. He is a member of the American Association of Justice (past chairman of class action litigation section), the American Bar Association and the Consumer Attorneys of California. Jon was named a Pennsylvania SuperLawyer from 2005-2009 and 2011-2019. Jon is also an active member of his local synagogue and an avid political fundraiser.

Jon is recognized as one of the nation's leading class action consumer rights lawyers, based on his extensive experience and successes representing classes of individuals and businesses in a vast array of matters involving unlawful conduct. Jon has gained notable attention in the area of defective consumer electronics and computer hardware as a result of many leadership positions in federal and state cases against companies such as Hewlett-Packard, Maytag, IBM and Palm. In fact, Maximum PC Magazine, a leading industry publication, said years back that "Shub is becoming renowned for orchestrating suits that have simultaneously benefited consumers and exposed buggy hardware." He also has vast experience in mass tort class actions such as Vioxx, light tobacco litigation, and in consumer class actions such as energy deregulation. He is currently heavily involved in litigation on behalf of businesses that were denied insurance coverage involving COVID-19.

Jon launched his career in the Washington office of Fried, Frank, Harris, Shriver & Jacobson, where he worked on complex commercial matters including corporate investigations and securities litigation. He then moved into a practice of consumer protection and advocacy. Prior to joining Kohn, Swift & Graf, P.C., Jon was the resident partner in the Philadelphia office of Seeger Weiss LLP. He is a frequent lecturer on cutting edge class action issues, and is a past chairman of the Class Action Litigation Group of the American Association for Justice. Jon regularly appears in state and federal courts nationwide, and in many high profile consumer protection cases. Jon's leadership roles require him to develop the theories of liability for the entire class as well as the overall trial strategy for the cases. Most recently, Jon was co-lead and co-trial counsel in a case against municipality for violation of a state privacy law. The case was tried before U.S. District Judge Wendy Beetlestone, and resulted in a jury award of approximately $68,000,000 to the Class.

**Jon's experience in class action litigation includes the following leadership positions:**

- Serves as lead counsel in New York against KIWI Energy LLC for deceptive advertising of residential energy practices.
- Served as co-lead counsel in Illinois against Direct Energy for deceptive advertising ofresidential energy practices.
- Served as co-lead counsel in Pennsylvania against PG&E for deceptive advertising of

residentialenergy practices.
- Served as co-lead counsel in settled national litigation against CPG International for deceptive advertising in connections with deceptive advertising of AZEK-branded decking products.
- Served as executive committee counsel in settled national litigation against Western Union fordeceptive practices in connection with money transfers.
- Served as co-lead counsel in litigation against Facebook for deceptive advertising practices.
- Served as co-lead counsel in a national class action against Palm involving defective smart phones.
- Served as co-lead counsel in a national class action against Nissan for defective tires on its 350Zmodel.
- Served as co-lead counsel in a national class action against Hewlett Packard claiming defects incertain printer models.
- Served as co-lead counsel in litigation against Vonage for consumer fraud.
- Served as co-lead counsel in litigation against Maytag, where he was instrumental in negotiating a $42.5 million nationwide settlement for a class of more than 200,000 Maytag customers.
- Served as co-lead counsel in a nationwide class settlement against IBM that affected more than 3million hard drive purchasers.

**Publications and Presentations:**
- Moderator, Class Actions, Annual Meeting of American Association of Justice, 2015, 2016
- Speaker, Class Actions, Annual Meeting of American Association of Justice, 2015, 2016
- Speaker, "Finding the Right Class Action", New Jersey Association of Justice, June, 2016
- Speaker, "Nuts and Bolts of MDL Practice", Class Action Symposium, Chicago, Illinois, June, 2016
- Speaker, Computer Technology and Consumer Products Class Actions", Consumer Attorneys of California 46th Annual Convention, November 2007
- Frequent speaker, American Association for Justice (formerly ATLA)
- Author, Distinguishing Individual from Derivative Claims in the Context of Battles for Corporate Control", 13 Del. J. Corp. L 579 (1998)
- Author, "Shareholder Rights Plans? Do They Render Shareholders Defenseless Against Their Own Management", 12 Del J. Corp, L. 991 (1997)
- Co-author, "Once Again, the Court Fails to Rein in RICO", Legal Times (April 27, 1992)
- Co-author, "Failed One-Share, One Vote Rule Let SEC Intrude in Boardroom", National LawJournal (October 8, 1990).



**Benjamin F. Johns** is a consumer protection advocate and co-founding partner at Shub & Johns LLC. He is admitted to practice in all of the state and federal courts in Pennsylvania and New Jersey, and has personally argued in the PA Supreme Court, Third Circuit and D.C. Circuit. Over the course of his career, Mr. Johns also has taken and defended hundreds of depositions, including those of c-suite level executives of Fortune 500 companies, lawyers, bankers, experts, engineers, prison guards, I.R.S. officials, and information technology personnel. He has been described by Law360 as being a "data breach specialist."

Mr. Johns is currently serving as court appointed interim co-lead counsel in several consumer data breach class actions, including *In re Wawa, Inc. Data Security Litig.*, No. 2:19-cv-06019-GEKP (E.D. Pa) (final approval granted; appeal pending); *Kostka v. Dickey's Barbeque Rests.*, No. 3:20-cv-3424-K (N.D. Tex.) ($2.35 million settlement pending); *In re CorrectCare Data Breach Litig.,* No. 5:22-319-DCR (E.D. Ky.); *Deevers v. Wing Financial Services LLC*, No. 22-CV-0550-CVE-JFJ (N.D. Okla.); *Nelson v. Connexin Software Inc. d/b/a Office Practicum,* No. 2:22-cv-04676-JDW (E.D. Pa.); and *In re Keystone Data Breach Litig.,* No. 1:22-cv-01643-CCC (M.D. Pa.). He is also a court appointed member of the Plaintiffs' Steering Committee in *Dusterhoft v. OneTouchPoint, Inc.,* 22-cv-0882-bhl (E.D. Wisc.), another data breach case involving medical information. In the defective automobile arena, Mr. Johns is currently serving as Chair of the Executive Committee in *In re Subaru Battery Drain Prods. Liab. Litig.*, No. 1:20-cv-03095-JHR-JS (D.N.J.) and as a member of the Plaintiffs' Steering Committee in *Altobelli v. General Motors LLC*, No. 20-cv-13256 (E.D. Mich.). The complaints in both of these cases have largely withstood motions to dismiss, and a proposed settlement is pending in the former matter.

     Mr. Johns was elected by fellow members of the Philadelphia Bar Association to serve a three-year term on the Executive Committee of the organization's Young Lawyers Division. He also served on the Editorial Board of the Philadelphia Bar Reporter and the Board of Directors for the Dickinson School of Law Alumni Society. Mr. Johns has been published in the Philadelphia Lawyer magazine and the Philadelphia Bar Reporter. While in college, Mr. Johns was on the varsity basketball team and spent a semester studying abroad in Osaka, Japan. He graduated from Harriton High School in 1998 as the then all-time leading scorer in the history of the boys' basketball program. Ben has been named a "Lawyer on the Fast Track" by The Legal Intelligencer, a "Top 40 Under 40" attorney by The National Trial Lawyers, and a Pennsylvania "Rising Star"/"Super Lawyer."

**Over the course of his career, Mr. Johns has provided substantial assistance in the prosecution of the following cases:**

- *In re MacBook Keyboard Litig.*, No. 5:18-cv-02813-EJD (N.D. Cal.) (Mr. Johns took and defended numerous depositions. and successfully argued two motions to dismiss and plaintiffs' motion for class certification in this case before Judge Edward J. Davila, which has since settled for $50 million)

- *Hughes v. UGI Storage Co.,* 263 A.3d 1144 (Pa. 2021) (Mr. Johns argued this precedent-setting *de facto* takings matter before the Pennsylvania Supreme Court, in which he secured a 6-0 reversal of the underlying Commonwealth Court decision that had affirmed the trial court's dismissal of the case)

- *Udeen v. Subaru of Am., Inc.,* 18-17334 (RBK/JS) (D.N.J.) (Mr. Johns was co-lead counsel in this consumer class action involving allegedly defective infotainment systems in certain Subaru automobiles, which resulted a settlement valued at $6.25 million. At the hearing granting final approval of the settlement, the district court commented that the plaintiffs' team "are very skilled and very efficient lawyers…They've done a nice job.")

- *In re Nexus 6P Product Liability Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (Mr. Johns served as co-lead counsel – and argued two of the motions to dismiss – in this defective smartphone class action. The case resulted in a settlement valued at $9.75 million, which Judge Beth Labson Freeman described as "substantial" and an "excellent resolution of the case.")

- *In re MyFord Touch Consumer Litig.*, No. 13-cv-03072-EMC (N.D. Cal.) (Mr. Johns served as court-appointed co-lead counsel in this consumer class action concerning allegedly defective MyFord Touch infotainment systems, which settled for $17 million shortly before trial.)

- *Weeks v. Google LLC*, 5:18-cv-00801-NC, 2019 U.S. Dist. LEXIS 215943, at *8-9 (N.D. Cal. Dec. 13, 2019) (Mr. Johns was co-lead counsel – and successfully argued against a motion to dismiss – in this defective smartphone class action. A $7.25 million settlement was reached, which Magistrate Judge Nathanael M. Cousins described as being an "excellent result.")

- *Gordon v. Chipotle Mexican Grill, Inc.*, No. 17-cv-01415-CMA-SKC (D. Colo.) (Mr. Johns served as co-lead counsel of behalf of a class of millions of cardholders who were impacted by a data breach at Chipotle restaurants. After largely defeating a motion to dismiss filed by Chipotle, the case resulted in a favorable settlement for affected consumers. At the final approval of the settlement, the district court noted that class counsel has "extensive experience in class action litigation, and are very familiar with claims, remedies, and defenses at issue in this case.")

- *Bray et al. v. GameStop Corp.,* 1:17-cv-01365-JEJ (D. Del.) (Mr. Johns served as co-lead counsel for consumers affected by a data breach at GameStop. After largely defeating a motion to dismiss, the case was resolved on favorable terms that provided significant relief to GameStop customers. At the final approval hearing, the District Judge found the settlement to be "so comprehensive that really there's nothing else that I need developed further," that "the settlement is fair," "reasonable," and "that under the circumstances it is good for the members of the class under the circumstances of the claim.")

- *In re: Elk Cross Timbers Decking Marketing, Sales Practices and Products Liability Litig.*, No. 15-cv-18-JLL-JAD (D.N.J.) (Mr. Johns served on the Plaintiffs' Steering Committee

in this MDL proceeding, which involved allegedly defective wood-composite decking, and which ultimately resulted in a $20 million settlement.)

- *In re Checking Account Overdraft Litig.,* No. 1:09-MD-02036-JLK (S.D. Fla.) (Mr. Johns was actively involved in these Multidistrict Litigation proceedings, which involve allegations that dozens of banks reorder and manipulate the posting order of debit transactions. Settlements collectively in excess of $1 billion were reached with several banks. Mr. Johns was actively involved in prosecuting the actions against U.S. Bank ($55 million settlement) and Comerica Bank ($14.5 million settlement).)

- *Physicians of Winter Haven LLC, d/b/a Day Surgery Center v. STERIS Corporation,* No. 1:10-cv-00264-CAB (N.D. Ohio) (Mr. Johns was the primary associate working on this case which resulted in a $20 million settlement on behalf of hospitals and surgery centers that purchased a sterilization device that allegedly did not receive the required pre-sale authorization from the FDA.)

- *West v. ExamSoft Worldwide, Inc.,* No. 14-cv-22950-UU (S.D. Fla.) (Mr. Johns was co-lead counsel in this case which resulted in a $2.1 million settlement on behalf of July 2014 bar exam applicants in several states who paid to use software for the written portion of the exam which allegedly failed to function properly)

- *Henderson v. Volvo Cars of North America, LLC,* No. 2:09-cv-04146-CCC-JAD (D. N.J.) (provided substantial assistance in this consumer automobile case that settled after the plaintiffs prevailed, in large part, on a motion to dismiss)

- *In re Marine Hose Antitrust Litig.,* No. 08-MDL-1888 (S.D. Fla.) (settlements totaling nearly $32 million on behalf of purchasers of marine hose.)

- *In re Philips/Magnavox Television Litig.,* No. 2:09-cv-03072-CCC-JAD (D. N.J.) (settlement in excess of $4 million on behalf of consumers whose flat screen televisions failed due to an alleged design defect. Mr. Johns argued against one of the motions to dismiss.)

- *Allison, et al. v. The GEO Group*, No. 2:08-cv-467-JD (E.D. Pa.), and *Kurian v. County of Lancaster*, No. 2:07-cv-03482-PD (E.D. Pa.) (settlements totaling $5.4 million in two civil rights class action lawsuits involving allegedly unconstitutional strip searches at prisons)



**Samantha E. Holbrook,** a partner at Shub & Johns LLC, has extensive experience in consumer protection class action litigation. Prior to joining the firm, Ms. Holbrook practiced at two different national class action law firms where she represented consumers and investors in nationwide class actions. Ms. Holbrook has experience handling and litigating all aspects of the prosecution of national class action litigation asserting claims under state and federal law challenging predatory lending practices, product defects, breach of fiduciary duty, antitrust claims, consumer fraud and unfair and deceptive acts and practices in federal courts throughout the country.

Ms. Holbrook has also obtained favorable recoveries on behalf of multiple nationwide classes of borrowers whose insurance was force-placed by their mortgage services.

Ms. Holbrook received her law degree from Temple University Beasley School of Law. While in law school, she served as the President of the Moot Court Honor Society and President of the Student Animal Legal Defense Fund. She was also a member of Temple's nationally recognized Trial Team. Upon graduating, she served as an adjunct professor for Temple coaching its Trial Team from 2013-2018. Ms. Holbrook received her undergraduate degrees from the Pennsylvania State University in Political Science and Spanish. While in college, Ms. Holbrook spent a semester studying abroad in Sevilla, Spain. She is proficient in Spanish. Ms. Holbrook also currently serves as the Board President for Citizens for a No-Kill Philadelphia, a Philadelphia-based animal welfare advocacy organization, and serves on the Board of Directors of City of Elderly Love, a senior-focused animal rescue organization.

Ms. Holbrook has been recognized by Pennsylvania Super Lawyers as a Rising Star for each year from 2020-2023. She has also been recognized as a Top Young Rising Attorney in Pennsylvania in 2020, and a Pennsylvania & Delaware Top Attorneys Rising Stars in 2021. She is admitted to practice in all federal and state courts in Pennsylvania and New Jersey.

**Over the course of her career, Ms. Holbrook has provided substantial assistance in the prosecution of the following cases:**

- *Suarez v. Nissan North America*, No. 3:21-cv-00393 (M.D. Tenn.) (appointed lead class counsel in a consumer class action alleging defective headlamps in Nissan Altima vehicles which reached a settlement valued at over $50 million that provides reimbursements, free repairs, and an extended warranty);

- *Kostka v. Dickey's Barbecue Restaurants, Inc.*, No. 3:20-cv-03424-K (N.D. Tex.) (appointed as additional interim class counsel on behalf of consumers whose sensitive payment card information was exposed in a data breach at Dickey's restaurant chains);

- *In re Wawa, Inc. Data Security Litig.*, No. 2:19-cv-06019-GEKP (E.D. Pa.) (achieved $12 million settlement on behalf of consumers whose sensitive payment card information was exposed to criminals as part of a highly-publicized data breach);

- *Lacher et al v. Aramark Corp., 2:19-cv-00687* (E.D. Pa. 2019) (represented a class of Aramark's current and former managers alleging that Aramark breached its employment contracts by failing to pay bonuses and restricted stock unit compensation to managers nationwide);

- *Turner v. Sony Interactive Entertainment LLC*, No. 4:21-cv-02454-DMR (N.D. Cal.) (class action lawsuit alleging that Sony's PlayStation 5 DualSense Controller suffers from a "drift defect" that results in character or gameplay moving on the screen without user command or manual operation of the controller thereby compromising its core functionality);

- *Board of Trustees of the AFTRA Retirement Fund, et al. v. JPMorgan Chase Bank, N.A.,* 09-CV-686 (SAS), 2012 WL 2064907 (S.D.N.Y. June 7, 2012) (approving $150 million settlement); and

- *In re 2008 Fannie Mae ERISA Litigation*, Case No. 09-cv-1350 (S.D.N.Y.) ($9 million settlement on behalf of participants in the Federal National Mortgage Association Employee Stock Ownership Plan).



**Damian Gomez** joined Shub & Johns LLC as an intake paralegal in March 2022. Damian graduated from the University of Texas at Austin in 2021 with a Bachelor's degree in History with a focus on Classical Studies, as well as a Certificate in Creative Writing. Damian's prior professional experiences include building relationship and communication skills with clientele while working as an Intake Specialist at Filevine, a legal software company. Various courses in copywriting and email marketing have alike prepared him for his initial role as intake paralegal at Shub & Johns.

Damian is now Shub & John's primary paralegal. His responsibilities include conducting widespread investigations and initial research into potential class action and consumer protection cases, interviewing and vetting potential clients and class representatives, and assisting in legal projects as necessary. Aside from legal assistance, Damian manages Shub & Johns's Marketing and Outreach ventures, writes and oversees much of Shub & Johns's website content, and runs Shub & Johns social media accounts.



**Nailah Bjotvedt** joined Shub & Johns LLC as a law clerk in January 2023. Nailah graduated from Drexel University in 2020 with a bachelor's degree in business administration, majoring in business and legal studies with a political science minor. Her prior professional experiences include serving as a law clerk for a prominent class action firm where she developed communication and writing skills. She is a third-year law student at Delaware Law School, graduating in May 2023. She currently assists staff attorneys at the law school's veterans law clinic, helping appeal adverse VA decisions.

Nailah's responsibilities at Shub include conducting widespread investigations and initial research into potential class action and consumer protection cases, interviewing and vetting potential clients and class representatives. She has been tasked with a wide variety of various legal projects and is actively exposed to all phases of the litigation process, assisting attorneys with filings, research, brief writing and more.

**Lacey Russo** began her career in the legal field in 2001, working in the Intellectual Property group at an international AmLaw 100 firm. She continued working on complex litigation matters, including consumer protection, ERISA, antitrust and fiduciary duty protection for over 15 years at a large plaintiffs' class action law firm before joining Shub & Johns in 2023. Lacey has worked on cases before state, federal and appellate courts across the country. She brings experience in assisting attorneys through every aspect of the litigation process.

Lacey studied at Villanova University and Algonquin College, graduating in 1999 with a bachelor's degree in paralegal studies.