1

2

3

4

Raphael Janove (admitted *pro hac vice*)
Rafi@PollockCohen.com
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

5

6

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | Case No. 5:22-cv-07069-EJD (Consolidated) |
| | **DECLARATION OF RAPHAEL JANOVE IN SUPPORT OF PLAINTIFFS ELLIOT LIBMAN, JULIA CIMA, JOAQUIN SERRANO, JOHN FARLEY, DAVID SGRO, AND TENIJA MOTON'S MOTION TO APPOINT THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL** |
| | Date:   June 1, 2023<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

I, Raphael Janove, declare as follows:

1.     I am a partner at Pollock Cohen LLP ("Pollock Cohen"), counsel for Plaintiff Julia Cima ("Plaintiff") in the consolidated action, *Cima v. Apple, Inc.*, No. 5:23-cv-00397 (N.D. Cal.). I am an attorney at law licensed to practice in the State of New York, the State of Illinois, and the Commonwealth of Pennsylvania, I am a member of the bar of U.S. District Courts and U.S. Courts of Appeal throughout the Country, and I have previously appeared *pro hac vice* in this Court. I am in good standing in every court in which I have been admitted to practice and have never been subjected to any disciplinary proceedings.

2.     I submit this declaration in support of Plaintiffs Elliot Libman, Julia Cima, Joaquin Serrano, John Farley, David Sgro, and Tenija Moton's Motion to Appoint the Fisher-Wolfson Team as Interim Class Counsel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

3.     On January 26, 2023, my firm filed this action, in conjunction with co-counsel at Ahdoot & Wolfson, PC and Shub Law Firm LLC, on behalf of Plaintiff Julia Cima against Apple Inc. ("Apple") for injuries allegedly arising out of Apple's unlawful collection of data from its mobile device users after those users have opted out of Apple's data collection practices. Our firm, with co-counsel, previously filed two other consolidated actions in this litigation: *Serrano v. Apple* and *Farley v. Apple Inc.*

4.     Pollock Cohen is a boutique litigation firm, founded in 2018, specializing in class actions, *qui tam* whistleblower actions under the False Claims Act, impact litigation, and other complex civil litigation. We presently have nine attorneys. We are based in New York, NY, and have offices in Philadelphia, PA and San Francisco, CA. Our firm is made up of attorneys with decades of plaintiff-side and public sector experience, including multiple former Special Counsel and Assistant Attorneys General for the New York State Office of the Attorney General. Our attorneys have clerked on federal district and appellate courts, and were educated at top law schools, including the University of Chicago Law School, Columbia Law School, University of Pennsylvania Carey Law School, New York University Law School, and Cornell Law School.

5.      I believe that my and my colleagues' top-level legal training, clerkships, and experience—as well as my unique insights as a former defense attorney—will make my firm an asset to the class.

6.      I graduated from the University of Chicago Law School with high honors. I was elected to the Order of the Coif, named a Kirkland & Ellis scholar (for ranking in the top 5% of the class), and was the inaugural recipient of the Douglas Baird Prize in Commercial Law. I also was an Articles Editor of The University of Chicago Law Review.

7.      After graduation, I served as a law clerk to the Honorable Thomas L. Ambro of the U.S. Court of Appeals for the Third Circuit, and to the Honorable Paul S. Diamond of the U.S. District Court for the Eastern District of Pennsylvania.

8.      I began practicing law as a defense attorney at Sullivan & Cromwell LLP, then at Eimer Stahl LLP. My defense experience spans antitrust, securities, and consumer class actions, international arbitrations, government investigations, and nationwide global warming lawsuits brought by states and municipalities against major fossil fuel producers.

9.      I have leveraged my prior experience on the defense side to achieve significant success in the relatively short time I have practiced as a plaintiffs' attorney.

10.     On behalf of plaintiffs, I first worked at the nationally recognized class action firm Kessler Topaz Meltzer & Check LLP. There, I pursued antitrust and securities class actions and, among other matters, was an integral part of the litigation team in *In re Advance Auto Parts, Inc. Securities Litigation* (D. Del.), which settled for over $49 million.

11.     Since joining Pollock Cohen in April 2021, I have rapidly grown my firm's class action practice and have achieved early successes, including:

   a.   I conceptualized and have led a novel Lanham Act class action lawsuit on behalf of tens of thousands of small businesses in *Tipsy Nail Club v. ClassPass*, No. 1:21-cv-08662 (S.D.N.Y.). Per a May 11, 2023  preliminary approval, we expect to shortly receive preliminary approval of a class-wide settlement in this action and appointed

- 2 -

co-lead class counsel. This case will be the first Lanham Act class action of its kind to result in monetary relief to the class.

b.  We have also received preliminary approval of a a class-wide settlement in a similar Lanham Act lawsuit, *WeCare RG, Inc. v. Giftly Inc.*, No. 2:22-cv-02672 (E.D. Pa.). The court appointed me as Class Counsel. ECF No. 43.

c.  I have also recently reached a class-wide settlement in principle in another Lanham Act lawsuit, *Salon Phoenix Cosmetology LLC v. Groupon, Inc.*, No. 1:22-cv-07162, ECF No. 24 (N.D. Ill.), on the basis of which I intend to shortly move for preliminary approval.

d.  I have continued to hold technology companies accountable for alleged unfair competition, developing and leading additional class actions in this practice area, including *Gracie Baked LLC v. Giftrocket, Inc.*, No. 1:22-cv-04019 (E.D.N.Y.).

e.  I am also leading a novel class action on behalf of civil immigrant detainees at a former county detention center. Plaintiffs were forced to work without pay and bring an action under the federal Trafficking Victims Protection Act. This lawsuit is the first of its kind to be brought against a public defendant acting without a private party. The motion to dismiss was recently denied. *Ruderman v. McHenry County,* No. 3:22-cv-50115, ECF No. 52 (N.D. Ill. Jan. 9, 2023).

f.  I argued—and defeated—defendant Warner Bros.'s motion to compel arbitration in *Keebaugh v. Warner Bros. Entertainment Inc.*, No. 22-cv-01272, ECF No. 52 (C.D. Cal. (Oct. 13, 2022)), a class action suit concerning deceptive advertising in the defendant's popular mobile game *Game of Thrones: Conquest.* I am also leading a similar class action lawsuit in *State of Survival: Zombie War* in *Prado, et al. v. FunPlus International AG*, No. 4:22-cv-05023 (N.D. Cal.).

g.  I recently resolved a consumer class action against the NFL in *Singh Gill v. National Football League*, No. 1:21-cv-01032 (S.D.N.Y.). On January 20, 2023, I argued and defeated defendants' motion for summary judgment, which involved a complex

DECLARATION OF RAPHAEL JANOVE ISO MOTION TO APPOINT
THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL

1
2
3

issue of contract formation. (ECF No. 100.) At oral argument, U.S. District Court Judge Paul A. Engelmayer remarked: "I very much respect the force of your advocacy on the discrete issue before me."

4
5
6
7
8
9
10
11
12
13
14
15

12.     In addition to the class cases I started once I joined Pollock Cohen, my firm's class experience itself is impressive. Pollock Cohen's class practice includes a major action against the City of New York and its health insurance provider, *Bianculli v. City of New York*, No. 160234/2022 (NY Sup. Ct.), for their breach of contract in imposing co-pays upon 183,000 municipal retirees. That action, ongoing, successfully brought about a preliminary injunction enjoining the city from imposing those co-pays, finding that plaintiffs "are highly likely to succeed on the merits of this action." Pollock Cohen also serves as co-counsel with Susman Godfrey LLP in major class actions: *Plavin v. GHI*, No. 3:17-cv-01462 (M.D. Pa.), a class action where we represent 600,000 New York City employees, retirees, and their families against a health insurance company; *Jane Doe v. Mindgeek USA Inc.*, No. 8:21-cv-00338 (C.D. Cal.) and the similar *Jane Doe v. Reddit, Inc.*, No. 8:21-cv-00768 (C.D. Cal.), actions on behalf of underage victims of sex trafficking who appeared on websites owned or operated by defendants.

16
17
18
19
20
21

13.     Pollock Cohen, along with co-counsel, is also litigating a high-profile defamation lawsuit on behalf of Nina Jankowicz, the former Executive Director of the Department of Homeland Security's Disinformation Governance Board, against Fox News Network LLC and Fox Corp.  Fox News repeatedly targeted Ms. Jankowicz personally as a part of a malicious months-long campaign of harmful provably false statements about her, causing a cascade of harm including doxxing, harassment, cyberstalking, and death threats.

22
23
24
25
26

14.     My partner Adam Pollock (the managing partner of the firm) has also appeared in this action on behalf of Plaintiffs. Adam holds a degree in Computer Science and previously worked (among other tech companies) on First Avenue in San Jose, at a cloud computing start-up. In working on cases like these, he brings to bear his tech-forward approach, and will be able to closely work with Plaintiffs' experts and in examining Defendant's experts.

27
28

- 4 -

15. Adam graduated from the University of Pennsylvania Law School in 2006; clerked for U.S.M.J. Garbiel Gorenstein in the Southern District of New York; practiced white collar and regulatory defense for six years at the litigation boutique Morvillo Abramowitz Grand Iason & Anello PC; served as an Assistant Attorney General for the State of New York; and then founded Pollock Cohen LLP in 2018.

16. In addition to serving as counsel in the above-referenced class actions against tech companies (*Tipsy Nail Club v. ClassPass*, *WeCare RG, Inc. v. Giftly Inc.*, *Gracie Baked LLC v. Giftrocket, Inc.*, *Keebaugh v. Warner Bros. Entertainment Inc.*, and *Prado, et al. v. FunPlus International AG*), Adam recently filed two data-breach privacy class actions: *Holden et al v. Guardian Analytics, Inc. et. al.*, no. 2:23-cv-02115 (D.N.J.) and *Mutnick v. One Brooklyn Health System, Inc.*, No. 512953/2023 (NY Sup. Ct.).

17. My partner Christopher Leung (who grew up in Santa Clara and is admitted to the California and New York bars) is a partner at Pollock Cohen, and former Special Counsel and Tobacco Enforcement Section Chief of the New York State Attorney General's Office. Mr. Leung spent over 10 years at the New York State Attorney General's Office leading a variety of investigations and litigation actions for the State of New York and other states. His prior experience further includes litigating consumer class actions and mass torts while at the plaintiff-side class action firm, Lieff Cabraser Heimann & Bernstein LLP, and clerking for the Honorable Oliver W. Wanger, U.S. District Court Judge for the Eastern District of California.

18. Mr. Leung has investigated and led public health enforcement actions against some of the nation's largest corporations, including United Parcel Service ("UPS"), FedEx, AmerisourceBergen Drug Corp., Cardinal Health, Inc., and McKesson Corp. As an Assistant Attorney General and later Special Counsel to the New York State Attorney General's Office, Mr. Leung co-led a 40-state investigation into the opioid distributors' role in contributing to the opioid epidemic. That work led to New York State filing the most extensive lawsuit against the distributors in the nation. *See The People of the State of New York v. Purdue Pharma L.P., et al*., No. 400016/18 (Cty of Suffolk, NY). Mr. Leung also led New York's case against the common carrier UPS for

1    turning a blind eye to the company's delivery of contraband cigarettes. *See State of New York et al. v.*

2    *UPS*, No. 1:15-cv-1136 (S.D.N.Y.). Following a two-week trial conducted with the City of New York,

3    Mr. Leung's team obtained a final judgment and combined award of $247 million in damages and

4    penalties—the largest monetary award obtained by the New York Attorney General's Office at trial.

5    For his work, Mr. Leung received the Louis Lefkowitz award—the Attorney General's highest

6    commendation for superior service by an attorney.

7           19.     Mr. Leung also led New York's federal litigation against a Canadian cigarette

8    manufacturer, seeking to recover damages to the State of more than $3 billion. *See New York v. Grand*

9    *River Enters. Six Nations, Ltd.*, No. 14-cv-910A(F) (W.D.N.Y.). And he successfully defended 30

10   states in federal litigation, involving constitutional and antitrust challenges to the 1998 Tobacco

11   Master Settlement Agreement—a landmark accord reached between 46 states, five U.S. territories,

12   the District of Columbia, and the four largest cigarette manufacturers in America at the time. *See*

13   *Grand River Enters. Six Nations v. King*, No. 02-cv-5068 (S.D.N.Y.).

14          20.     Since joining Pollock Cohen in 2019, Mr. Leung has continued his class action and

15   impact litigation work in the public health space. Mr. Leung recently filed a successful action against

16   the FDA and other defendants for failure to regulate menthol cigarettes. *See African American*

17   *Tobacco Control Leadership Council et al., v. U.S. Dep't of Health and Human Services*, No. 4:20-

18   cv-4012 (N.D. Cal.).  His development of the legal theory and handling of that "landmark litigation"

19   led to a decision from the Biden administration to begin the rulemaking process for banning menthol

20   cigarettes. In 2021, Mr. Leung a New York Law Journal Distinguished Leader award for his work on

21   the case.

22          21.     While at Pollock Cohen, Mr. Leung also represented the State of New Mexico in a

23   confidential arbitration against the tobacco companies to the 1998 Tobacco Master Settlement

24   Agreement, in a dispute involving tens of millions of dollars, and that was resolved through a six-day

25   hearing before a panel of three former federal judges.

26          22.     Currently, Mr. Leung is representing plaintiffs in two separate cases brought against

27   Amazon and Starbucks for violations of New York City's Biometric Identifier Information Law. *See*

28

1    *Rodriguez Perez v. Amazon.com, Inc.*, No. 1:23-cv-2251 (S.D.N.Y.); *Mallouk v. Starbucks*

2    *Corporation*, No. 1:23-3772 (S.D.N.Y.). The new law requires commercial establishments to notify

3    patrons that their biometric identifier information may be collected, and further prohibits the sale or

4    sharing of such biometric information for profit. These cases are among the first to be litigated under

5    the new law and have the potential to set new precedent in this area.

6          23.    To learn more about my firm, please refer to the attorney profiles, attached hereto as

7    **Exhibit A,** and visit our website at https://www.pollockcohen.com/.

8          24.    Pollock Cohen will bring to this class action our exceptional credentials and proven

9    skills, and we look forward to working closely with our excellent, seasoned co-counsel to successfully

10    prosecute this case and bring about an important win for consumers and the plaintiff's bar.

11          25.    My firm and I have performed significant and ongoing work in this lawsuit to benefit

12    Plaintiffs and the class. We have investigated the facts and potential legal claims arising from Apple's

13    alleged practices of intercepting the data of consumers who use Apple mobile devices notwithstanding

14    users' attempts to prevent such data sharing, even after users indicate disagreement with the data

15    sharing; articulated the nature of Apple's alleged misconduct in a detailed complaint before this Court

16    and in federal courts in Pennsylvania and New York; continuously analyzed reports, articles, and other

17    public materials discussing and describing Apple's challenged conduct; investigated the nature of the

18    challenged conduct at issue here by interviewing dozens of potential clients who contacted my firm

19    and other Plaintiffs' counsels' firms; investigated the adequacy of the named Plaintiffs to represent

20    the putative class; served the complaints on Apple; conducted substantial research on legal issues

21    relating to and the viability of claims brought under the Pennsylvania Wiretapping and Electronic

22    Surveillance Control Act ("WESCA"), the New York General Business Law ("GBL"), and the

23    California Invasion of Privacy Act ("CIPA"); communicated internally amongst Plaintiffs' counsel

24    regarding the most efficient manner to organize this litigation; with my co-counsel, privately ordered

25    and self-organized this litigation; consulted with technical experts about the alleged data privacy

26    violations and Apple's alleged misconduct; communicated and conferred with Apple's counsel at

27    Covington about the best way to coordinate the related actions before this Court and the actions filed

28

DECLARATION OF RAPHAEL JANOVE ISO MOTION TO APPOINT
THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL

in other federal courts around the country, including through informal coordination and voluntary transfers under 28 U.S.C. § 1404; assisted in drafting this motion to consolidate and appoint Interim Co-Lead Class Counsel pursuant to Rule 42(a) and Rule 23(g); and worked cooperatively, coordinated, and continued to meet and confer with Defendants' counsel and counsel for the other Plaintiffs regarding this litigation.

I declare under the penalty of perjury under the law that the foregoing is true and correct, executed on May 18, 2023 at Huntington Valley, Pennsylvania.

_____

Raphael Janove

DECLARATION OF RAPHAEL JANOVE ISO MOTION TO APPOINT
THE FISHER-WOLFSON TEAM AS INTERIM CLASS COUNSEL

Exhibit A





# Raphael Janove
## Partner

(215) 667-8607
rafi@pollockcohen.com

Raphael "Rafi" Janove is a partner at Pollock Cohen LLP and represents plaintiffs in class actions across the country. He pursues claims on behalf of small businesses and consumers, leveraging his diverse career litigating antitrust, securities, business unfair competition, and consumer cases.

In his class and mass action practice, Rafi draws upon his experience as a defense attorney to develop ambitious cases that advance consumer and public interests. Current matters include Lanham Act and unfair competition claims on behalf of small businesses against big tech companies, consumer claims against mobile game developers, data privacy claims against Apple, and human trafficking claims against websites and immigration detention centers.

Rafi enjoys challenging defendants' arbitration clauses and onerous terms and conditions in court. Applying inquiry notice theories, he recently defeated Warner Bros.'s motion to compel arbitration in a class action involving the Game of Thrones: Conquest mobile game.

Rafi began his legal career at Sullivan & Cromwell LLP in New York City, followed by clerkships with the Honorable Paul S. Diamond of the U.S. District Court for the Eastern District of Pennsylvania, and the Honorable Thomas L. Ambro of the U.S. Court of Appeals for the Third Circuit.

Rafi received his J.D. with high honors from the University of Chicago Law School, where he was elected to the Order of the Coif, named a Kirkland & Ellis scholar, and received the Douglas Baird Prize in Commercial Law. He also served as Articles Editor of The University of Chicago Law Review.

# Matters



- Pursuing a class action on behalf of civil immigrant detainees who were forced to work without compensation at the McHenry County detention center in Woodstock, Illinois. The suit alleges that McHenry County and its sheriff used threats of force, including punishment by solitary confinement, to coerce immigrant detainees into performing uncompensated labor. The complaint is available here, and an article about the suit in the Chicago Tribune is available here.
- Leading a class action against ClassPass for unlawfully listing thousands of businesses as partners on its online platform. For more information, click here.
- Prosecuting a class action against Warner Bros. for deceptive advertisements in its widely-popular Game of Thrones: Conquest mobile application. For more information, click here.
- Pursuing a class action against the NFL related to the failed GamePass broadcast of the 2020 SuperBowl. Rafi argued and defeated Defendants' motion to dismiss. The Hollywood Reporter covered the case, with an article available here.
- Representing limited partners in a contract claim for breach of a limited partnership agreement in the Delaware Court of Chancery.
- Enforcing a judgment on behalf of an Italian estate, including seeking international assets and bringing fraudulent transfer actions.
- Along with co-counsel, in the U.S. Court of Appeals for the Ninth Circuit, representing the parents of victims of child pornography in a lawsuit against Reddit. The opening brief is available here.

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*

## Practices

- Class Actions
- Appeals and Supreme Court
- Complex Litigation

## Education

- The Hebrew University of Jerusalem, To'ar Mechina, 2006
- American University, B.A., International Relations, *magna cum laude*, 2009
- The University of Chicago Law School, J.D., 2014, High Honors, Order of the Coif; Kirkland & Ellis Scholar; Recipient, The Douglas Baird Prize in Commercial Law; Articles Editor, *The University of Chicago Law Review*

## Admissions

- New York
- Pennsylvania
- Illinois
- U.S. District Court for the Southern District of New York



- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Eastern District of Pennsylvania
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit

## Clerkships

- Honorable Paul S. Diamond, U.S. District Court for the Eastern District of Pennsylvania
- Honorable Thomas L. Ambro, U.S. Court of Appeals for the Third Circuit

## Government Service

- Legal Intern, U.S. Equal Employment Opportunity Commission, Washington, D.C., Summer 2009

## Memberships

- Public Justice (2022 & 2023)
- American Association of Justice
- Philadelphia Bar Association





# Adam Pollock
## Partner

(646) 290-7251
adam@pollockcohen.com

Adam is a recognized, respected litigator, with deep experience and stellar professional credentials from both private practice and government, and a background in the technology industry. He provides high-quality case strategy and representation for domestic and international clients litigating civil lawsuits, disputes, and arbitrations. Complementing this practice, he files qui tam whistleblower (False Claims Act) actions in a broad range of industries.  Indeed, Adam especially delivers solutions for clients facing issues on multiple fronts.

Until 2017, Adam served as an Assistant Attorney General in the New York Office of the Attorney General. While in government, Adam handled a wide range of civil and criminal matters, focusing especially on investigating and litigating qui tam complaints and using the False Claims Act to recover in cases in which the State had been defrauded. Adam drove all aspects of enforcement and prosecution, including investigating, taking testimony, and representing the State in court.

Adam's cases focused on a broad array of industries. Among the public cases that Adam litigated, he led a 17-jurisdiction working group that achieved a multi-million dollar settlement in a procurement matter; he led a complicated, multi-defendant investigation of minority and women-owned business fraud; and he prosecuted New York's first False Claims Act case arising from a failure to pay prevailing wages. Thanks to his service, Adam was nominated for the national Taxpayers Against Fraud "Honest Abe" award for integrity in government service.

Before joining the Attorney General's Office, Adam was an attorney at the criminal and civil litigation boutique Morvillo Abramowitz Grand Iason & Anello P.C. He represented individuals throughout the United States and from various countries in state and federal criminal cases, including healthcare fraud, tax, and antitrust prosecutions. And because New York is home to disputes touching on every aspect of the global business world, Adam also represented individuals and corporations at all stages of civil litigation, from



complaint through trial, in diverse areas of the law including common law fraud and consumer protection.

Adam attended the University of Michigan, where he studied computer science, and spent a year at Tel Aviv University, taking courses in middle eastern politics. After a stint working on cloud computing in Silicon Valley, he attended the University of Pennsylvania Law School, where he was a Levy Scholar in Law and Public Governance. He graduated from Penn cum laude, clerked for Magistrate Judge Gabriel Gorenstein in the Southern District of New York, and then spent six months at the International Criminal Court in The Hague.

Adam is a member of Taxpayers Against Fraud, the Federal Bar Council, the Federal Bar Association, the New York City Bar Association, and the American Association for Justice.  He also serves on the board of his synagogue in Brooklyn and as a "walker" at the Park Slope Food Co-op.

## Practices

- Whistleblower
- Complex Litigation
- Class Actions

## Education

- University of Michigan, B.S., Computer Science, 2000
- University of Pennsylvania Law School, J.D., 2006

## Admissions

- New York
- New Jersey
- United States Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Tax Court
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York
- U.S. District Court for the Western District of New York
- U.S. District Court for the District of Columbia
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois



- U.S. District Court for the Western District of Texas

## Clerkship

- Honorable Gabriel W. Gorenstein, M.J., Southern District of New York

## Government Service

- Assistant Attorney General in the New York State Office of the Attorney General
- International Criminal Court in The Hague

## Memberships

- Taxpayers Against Fraud
- The Federal Bar Council
- The Federal Bar Association
- The New York City Bar Association
- The American Association for Justice
- Synagogue Board Member
- Walker at the Park Slope Food Co-op





# Christopher K. Leung
## Partner

(917) 985-3995
cleung@pollockcohen.com

Chris, a partner in the firm, is an experienced litigator and successful trial attorney who has tirelessly worked to protect the public interest. His practice includes representing public health groups and states in litigation. Recent cases include successfully suing the U.S. Food and Drug Administration to remove menthol as a characterizing flavor from cigarettes, and representing the State of New Mexico in an arbitration involving over $37 million in disputed tobacco payments. Chris also represents whistleblowers, injured employees, and consumers in litigation.

He is a fierce, effective advocate for his clients, and his track record speaks for itself.

For over a decade, Chris served as an Assistant Attorney General, Special Counsel, and Tobacco Enforcement Section Chief at the New York State Attorney General's Office.  While there, he oversaw New York's enforcement of the 1998 Tobacco Master Settlement Agreement and tobacco policy efforts.  Chris also led a variety of complex investigations and high-stakes litigation, including obtaining a $247 million trial verdict (together with the City of New York) against the common carrier United Parcel Service. For his work, Chris received the Louis J. Lefkowitz Award, the New York Attorney General's highest commendation for superior service, and most recently the Sunset Award from Action on Smoking and Health (ASH).

Beyond his public service, Chris served as a staff attorney at Earthjustice, representing national and local environmental organizations in litigation, trial, and other proceedings. He also worked for several years at Lieff Cabraser Heimann & Bernstein, LLP, representing injured employees and consumers in complex individual and class action litigation.

Chris graduated from the University of California Berkeley with a degree in Integrative Biology, and then earned his Juris Doctor from the University of California College of the Law, San Francisco. Following law school, Chris served as a law clerk to the (now



retired) Honorable Oliver W. Wanger, U.S. District Court Judge for the Eastern District of California.

Chris lives in Brooklyn with his wife and daughter, and enjoys camping, cooking, and listening to music.

## Matters

- Led the New York Attorney General's case against United Parcel Service, Inc., alleging the carrier's unlawful delivery of contraband cigarettes.  Following a two-week federal trial conducted with the City of New York, obtained a final judgment and combined award of $247 million in damages and penalties—the largest award of its kind and the largest monetary award obtained by the New York Attorney General's Office at trial.
- Defended 30 state Attorneys General in a suit alleging that the 1998 Tobacco Master Settlement Agreement and its implementing state statutes violated the dormant commerce clause and federal antitrust laws.  Won all key motions, and on cross-motions for summary judgment, obtained a favorable final judgment and order on all claims.  Affirmed on appeal.
- Co-led 40 states' coordinated investigation into the opioid crisis and role of the "big three" opioid distributors.
- Led the New York Attorney General's case against a cigarette manufacturer illegally importing tens of millions of contraband cigarettes into New York State. On issues of first impression, obtained a final judgment and order enjoining the manufacturer's unlawful deliveries.
- Led the New York Attorney General's case against a Canadian cigarette manufacturer and its U.S. distributor for the illegal sale and delivery of contraband cigarettes, with damages to the State in excess of $3 billion.
- Led the New York Attorney General's investigation into Aetna's data privacy breach concerning the HIV status of nearly 12,000 consumers.  Case settlement agreement provided for over $1 million in penalties, enhanced privacy protections, and the appointment of a monitor.
- Oversaw New York State, City, and Counties' combined receipt of over $615 million each year, per a complicated set of formulas within the 1998 Tobacco Master Settlement Agreement and a 2015 Settlement Agreement.
- Represented environmental groups in challenging a federal agency's proposed decision to issue a 50-year incidental take permit, for an area spanning more than nine million acres and affecting over 100 endangered, threatened, and candidate species of plants and animals.
- Represented a local environmental group in challenging a state agency's issuance of a Clean Water Act permit to an industrial chicken farm emitting over 70 tons of ammonia into a national wildlife refuge and a nearby community.
- Led litigation on behalf of a national environmental organization against coal-fired power plants in New York and Pennsylvania.



- Represented injured consumers in class action litigation alleging over $2 billion in damages under the Telephone Consumer Protection Act.
- Represented persons injured from defective pharmaceutical drugs, including Baycol and Vioxx. Cases settled on favorable terms to each client.
- Participated in writing *California Class Actions Practice & Procedure* (LexisNexis 2003) as a contributing author.

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*

## Practices

- Complex Litigation
- Class Actions
- Public Impact

## Education

- University of California, Berkeley, B.S., Integrative Biology, 1996
- University of California College of the Law, San Francisco, J.D., 2000

## Admissions

- New York
- California
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Western District of New York
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- United States Court of Federal Claims

## Clerkship

- Honorable Oliver W. Wanger, U.S. District Court Judge for the Eastern District of California

## Government Service

- New York State Office of the Attorney General

## Memberships



- Member, 2023 Civil Court Independent Judicial Screening Panel – Manhattan Democratic Party
- Member, Asian American Bar Association of New York
- Elected Fellow, American Bar Foundation (2021)
- Co-Chair, National Association of Attorneys General Tobacco Center's Electronic Cigarettes Working Group. (2014–17)
- Equal Employment Opportunity Committee Member, New York State Office of the Attorney General (2007–11)
- Member, The Bar Association of San Francisco
- Member, The Federal Bar Council
- Member, National Employment Lawyers Association (New York)
- Member, National Asian Pacific American Bar Association





# Sara Haviva Mark
## Partner

(646) 415-9001
sara@pollockcohen.com

Sara Haviva Mark is an advocate for individuals and classes in the areas of health care equity and public health.  She represents these clients in a variety of matters involving the Affordable Care Act (ACA), Employee Retirement Income Security Act (ERISA), state insurance and health care-related laws, and consumer protection laws.  Sara has devoted her career to her belief that everyone deserves equal access to healthcare, no matter their gender, race, sexual orientation, age, disability or socio-economic status.

Prior to joining Pollock Cohen, Sara served as Special Counsel for the New York State Attorney General's Office (NYAG) for seven years.  There she led numerous investigations and litigations against insurance companies, drug manufacturers and distributors, and hospital systems.  Sara also co-led the NYAG's first enforcement actions brought against NYC landlords for violations of the Childhood Lead Poisoning Prevention law.  From 2017–2020, Sara was counsel in several multi-state actions brought by states' Attorneys General challenging health-care related rules promulgated by federal agencies.  For her work, Sara received two Louis J. Lefkowitz Awards, the NYAG's highest commendation for superior service.

Previously, Sara was the Executive Director for the Center for Constitutional Governance at Columbia Law School, where she served as the managing editor of the book, "The Health Care Case: The Supreme Court's Decision and Its Implications" (Oxford University Press 2013).

Sara began her career as a litigation associate at Quinn, Emanuel, Urquhart & Sullivan LLP, where she represented plaintiffs in a wide range of complex commercial litigation.

Sara lives in Manhattan with her partner and their daughter, and currently spends her free time learning the words to the songs from "Encanto," per her daughter's request.

# Matters



- Led the federal litigation brought by twelve state Attorneys General against the Department of Labor challenging the Association Health Plan Rule, which sought to exempt a significant portion of the health insurance market from the ACA's consumer protections.
- Co-led the federal litigation brought by five state Attorneys General against the Department of Health & Human Services challenging rules vastly expanding religious and moral exemptions to the ACA's requirement that insurance cover contraceptive care.
- Co-led 40 states' coordinated investigation into the opioid crisis and role of the "big three" opioid distributors.
- Co-led investigations of NYC landlords for violations of the Childhood Lead Poisoning Prevention law.
- Led multiple investigations of Covid-19 vaccine providers that charged fees and created other barriers to access for Covid-19 vaccines.
- Led investigation of hospital network for their improper medical debt collection practices.
- Led multiple investigations of companies selling fraudulent products advertised as preventing illness from the Zika virus.
- Authored amicus brief on behalf of Columbia Law School professors in the litigation challenging NYC's "Soda Ban."

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*

# Practice

- Public Impact

# Education

- Cornell University, B.A., 2003
- Cornell Law School, J.D., 2007
- New York University, M.P.A., 2013

# Admissions

- New York
- Connecticut





# Steve Cohen
## Partner

(917) 364-4197
scohen@pollockcohen.com

Steve's practice epitomizes the intersection of law, policy, and journalism – with the realities of politics thrown in for good measure. For 35 years before going to law school, Steve was a successful publishing executive—including at Time and Scholastic—best-selling author, and the CEO of three internet start-ups. Since teaming up with Adam Pollock just over four years ago, he has learned to bring that unusual background, diversity of experience, and skills to the law.

The result has been pretty extraordinary: recently, on behalf of 250,000 New York City municipal retirees, Steve led the fight against City Hall and two massive insurance companies—which wanted to erode retiree health benefits. The team won both injunctive protection for the retirees and an actual savings of $900 million.

Steve never got the message that "you can't fight City Hall" and feels very strongly that you have to stand up to bullies. When he and Adam first began talking about creating a firm, they agreed that they wanted to focus on certain types of cases—public impact—and both do good and do well.

After being admitted to the New York Bar (happily on the first try), Steve worked for three years for legendary trial lawyers Tom Moore and Judy Livingston's firm Kramer Dillof Livingston & Moore. There, he was the principal investigator and lead attorney on a multi-million-dollar False Claims Act qui tam case that resulted in a life-changing settlement for the client; won his first trial; and was awarded the American Bar Association's Outstanding Services Award for the Military Pro Bono Project.

Even before he went to law school, Steve had developed a national reputation for his insights about how juries respond to evidence. That was earned from both being the rare individual to have actually served on four juries through verdict, as well as from his analysis and writing on the subject. Indeed, Steve was the only outside contributor to Duke Law School Professor Neil Vidmar's classic treatise, Medical Malpractice and the American Jury.



As a business executive, Steve was the creator and executive producer of Time Magazine's Man of the Year television documentaries; co-creator and producer of Covermaker, developed with IBM, which was one of the first educational computer games; creator and publisher of the Time College Achievement Awards; and winner of two Clio Awards. As an entrepreneur, he was founder and CEO of 4-to-14.com / Brainquest; CEO of Living Independently (later sold to General Electric); and CEO of Multimedicus/The Child Health Guide, in partnership with Harvard and Dartmouth Medical Schools. The Child Health Guide was the winner of the 2008 Magazine Publishers Association's Best Web Resource.

Steve is the author of seven books—including three best-sellers—and more than 250 articles and editorials. Apparently, he was the first person ever to have Op-Ed articles in The New York Times and Wall Street Journal on the same day.

Steve attended the United States Naval Academy at Annapolis, graduated from Brown University, from  New York Law School, cum laude, and completed the Senior Executives in National and International Security Program at Harvard University's Kennedy School of Government. He co-chaired Hillary Clinton's White House Task Force on early childhood literacy, the Prescription for Reading Partnership, and for ten years was a member of the Board of Directors of the United States Naval Institute.

Steve and his wife live in Manhattan and have two grown sons: one a screenwriter in Los Angeles and the other a United States Marine.

## Matters

- On behalf of 250,000 New York City municipal retirees, Steve led the fight against City Hall and two massive insurance companies—which wanted to erode retiree health benefits—winning both injunctive protection and an actual savings of $900 million.
- On behalf of a senior citizen who was scammed by Newsmax, Steve won a significant settlement.

## Practices

- Whistleblower
- Class Actions
- Public Impact

## Education

- United States Naval Academy, 1969-1972



- Brown University, A.B., 1975
- New York Law School, J.D., *cum laude*, 2013
- Harvard University, Kennedy School, Senior Executives in National & International Security, 2022

## Admissions

- New York
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Supreme Court

## Clerkship

- Justice Bruce Allen, New York State Supreme Court, Summer 2009

## Government Service

- United States Navy

## Memberships

- New York City Bar
- Federal Bar Association
- New York County Lawyers Association
- American Bar Association
- NYSTLA
- Co-chair Hillary Clinton White House Task Force on early childhood literacy, the Prescription for Reading Partnership
- Former member of the Board of Directors of the United States Naval Institute
- Former member Board of Directors of Reach Out and Read.





# Liana Roza Vitale
## Senior Counsel

liana@pollockcohen.com

Liana is a litigator with over a decade of experience in state and federal court actions and arbitration matters. She has represented a diverse range of clients across a variety of industries and legal claims from pre-litigation counseling through appellate practice. Her areas of expertise include complex commercial litigation, contractual disputes and business torts. She also has experience in public and private international law, litigation under the False Claims Act, securities and employment discrimination claims, intellectual property disputes, and bankruptcy-related litigation.

Liana has also engaged in extensive pro bono work, including helping clients to obtain tuition reimbursement from the NYC Department of Education and to vacate a trafficking-related prostitution conviction.

Liana earned a B.A. and a law degree (cum laude) from New York University. Before affiliating with Pollock Cohen, she practiced for more than nine years in the litigation department at Cleary Gottlieb Steen & Hamilton LLP. She is a member of the New York bar, and has been admitted pro hac vice in courts from California to Delaware.

## Matters

- Representing a foreign bank in New York State court litigations related to a multi-billion-dollar global business dispute, including briefing on multiple motions to dismiss and successfully appealing to the New York Court of Appeals on forum non conveniens issues.
- Representing a financial institution in bankruptcy-related litigation, including successful briefing on jurisdictional issues and obtaining summary judgment, affirmed by the Third Circuit Court of Appeals.
- Representing an international telecommunications company in an arbitration proceeding involving tax indemnity and intellectual property claims, and related litigation.



- Representing an individual in litigation of claims under the False Claims Act and the Financial Institutions Reform, Recovery, and Enforcement Act.

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*

## Education

- New York University, B.A.
- New York University School of Law, J.D., *cum laude*

## Admissions

- New York
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York





# Max Rodriguez
## Counsel

(646) 290-7509
max@pollockcohen.com

Max's practice focuses on whistleblower matters, complex litigation, and appeals.

Max represents whistleblowers in *qui tam* lawsuits under the False Claims Act, as well as whistleblower programs administered by the Securities and Exchange Commission, Commodity Futures Trading Commission, Internal Revenue Service, FinCEN, and more. Max's diverse whistleblower practice includes cases exposing healthcare fraud, bank fraud, securities fraud, tax fraud, and wrongdoing at nonprofit organizations. Max has helped clients at every stage of the process, including pre-filing investigation, writing complaints and submissions, coordinating cooperation with the government in complex investigations, litigation, and settlement.

Max writes regularly about emerging areas implicated by whistleblower laws, including in sustainability and climate change, legal cannabis markets, and COVID-19 programs like the Paycheck Protection Program (PPP).

Max represents a variety of clients in appeals in state and federal court. He has written *amicus curiae* briefs in the Supreme Court, including representing 192 Democratic Members of Congress in *West Virginia v. EPA*. He also briefed and argued a case of first impression on whistleblower retaliation in the New York Appellate Division First Department, where he secured a unanimous reversal of the lower court's decision that expanded protections for civil service workers in New York. He is also a member of the Criminal Justice Act panel for the United States Court of Appeals for the First Circuit. He is appointed by the court to represent indigent criminal defendants in federal criminal appeals.

Max's practice also includes a broad array of civil litigation including complex commercial disputes, retaliation claims, civil rights, impact litigation related to public health and environmental issues, and pro bono matters. Max has worked with clients at all stages of disputes, including pre-filing resolution, litigation in state, federal, and bankruptcy courts, settlement, and trial.



Max graduated from Wesleyan University, with a degree in Government and a multi-disciplinary certificate in International Relations, and New York University School of Law. After law school, Max clerked for the Honorable Denise J. Casper of the United States District Court for the District of Massachusetts and the Honorable O. Rogeriee Thompson of the United States Court of Appeals for the First Circuit.

After clerking, Max was an attorney at the litigation boutique Morvillo Abramowitz Grand Iason & Anello P.C. He represented individuals and entities in sensitive criminal and regulatory investigations concerning securities fraud, healthcare fraud, and violations of federal environmental laws. Max also represented people and companies in various stages of civil litigation in complex commercial disputes.

Before joining Pollock Cohen, Max drove cross-country to Helena, Montana, where he served as a Voter Protection Regional Director for the Montana Democratic Party during the 2020 General Election. He also served as a policy adviser on Alvin Bragg's campaign for Manhattan District Attorney, as well as on DA Bragg's Transition Committee after his election.

Max lives in New York City with his wife and their two schnauzers, Juno and Puck.

## Matters

- Representing whistleblower in *qui tam* action related to fraudulent misuse of funds from the Paycheck Protection Program (PPP).
- Representing whistleblower in *qui tam* action related to fraudulent misrepresentation of eligibility for PPP loans.
- Representing whistleblower in *qui tam* action related to government healthcare fraud, including unbundling and upcoding.
- Representing whistleblower in *qui tam* action related to government healthcare fraud by substance use disorder treatment facilities.
- Representing spendthrift trust in complex multi-jurisdictional civil dispute seeking recovery of misappropriated trust assets.
- Secured unanimous reversal in Appellate Division First Department (NY) of retaliation claim in a case of first impression confirming that New York Civil Service Law § 75-b protects whistleblowers in state and local civil service from post-employment retaliation like blacklisting and defamatory job references.
- Obtained favorable settlement for undocumented immigrant who was assaulted by ICE while in detention.
- Obtained favorable settlement for former nonprofit executive director terminated in retaliation for her reports of fraud and malfeasance at her organization.
- Represented 192 Members of Congress as *amici curiae* in the Supreme Court in support of the Environmental Protection Agency's authority to regulate greenhouse gases under the Clean Air Act in *West Virginia v. Environmental Protection Agency*.

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*



## Practices

- Whistleblower
- Complex Litigation
- Appeals and Supreme Court
- Public Impact

## Education

- Wesleyan University, B.A., Government, 2010, Certificate in International Relations
- New York University School of Law, J.D., 2015

## Admissions

- New York
- Massachusetts
- United States Supreme Court
- United States Court of Appeals for the First Circuit
- United States Court of Appeals for the Second Circuit
- United States District Court for the District of Massachusetts
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York
- United States District Court for the Western District of Texas

## Clerkships

- Honorable Denise J. Casper, U.S. District Court, District of Massachusetts, 2017
- Honorable O. Rogeriee Thompson, U.S. Court of Appeals for the First Circuit, 2018

## Memberships

- Transition Committee, Alvin Bragg for Manhattan District Attorney
- Member of the Criminal Justice Act panel for the United States Court of Appeals for the First Circuit
- New York City Bar Association, Federal Courts Committee, Appeals Subcommittee





# Alison  Borochoff-Porte
## Associate

(646) 827-6259
alison@pollockcohen.com

Alison (Ali) is an associate with the firm who focuses on impact litigation, class actions, public client representation, and complex litigation. She leverages her past human rights and environmental non-profit experience to best service her non-profit, government, and individual clients.

After law school, Ali worked with EarthRights International, a prominent corporate accountability nonprofit. There she worked on complex and high-impact litigation, including filing a public nuisance climate change liability lawsuit against major fossil fuel producers. She then clerked for the Honorable Margo K. Brodie of the United States District Court for the Eastern District of New York.

After clerking, Ali worked as an environmental impact litigator. She represented landowners facing eminent domain threats from natural gas pipelines, litigated government disclosure cases, and advocated to eliminate legal barriers to renewable energy.

Ali's background includes international human rights and environmental justice work. She was the Executive Managing Director of the Columbia Human Rights Law Review, and is a member of the New York City Environmental Law Leadership Institute class of 2021. During and after law school, she conducted investigations in Thailand, Myanmar, and Papua New Guinea, and represented international citizens in their lawsuits in the United States. Prior to law school, Ali conducted research on tobacco control implementation efforts in southwestern China as a Fulbright research fellow.

In her free time, Ali enjoys hiking, biking, and visiting her home state of Vermont.

# Matters



- Represented State of New Mexico against large tobacco industry conglomerates in arbitration hearing arising from dispute over $37 million in settlement proceeds from landmark public health agreement.
- Represented parents and caretakers in consumer protection class actions against baby food manufacturers for failure to disclose toxic heavy metal content in baby food.
- Filed U.S. Supreme Court amicus brief on behalf of non-profit Center for International Environmental Law in human rights case against the International Finance Corporation.
- Filed U.S. Supreme Court amicus brief on behalf of 192 Members of Congress in support of the Environmental Protection Agency's authority to regulate greenhouse gases under the Clean Air Act.
- Represented human rights research agency, Forensic Architecture, as amicus in support of ACLU of Oregon's lawsuit challenging DHS's unprecedented use of tear gas on protesters in Portland.
- Represented legal scholars as amici in support of plaintiffs-appellees, who won a verdict below against DuPont in a water contamination case.
- Represented public clients in Colorado in climate change public nuisance litigation against Exxon and Suncor.

*Note: This list may include matters completed prior to joining Pollock Cohen LLP.*

# Practices

- Public Impact
- Class Actions
- Appeals and Supreme Court

# Education

- Barnard College, B.A., 2010, U.S.-China Fulbright Research Fellow Recipient
- Columbia Law School, J.D., 2015, David W. Leebron Human Rights Fellow; Executive Managing Director, *Columbia Human Rights Law Review*

# Admissions

- New York
- Washington, D.C.
- United States Supreme Court
- United States District Court for the District of Columbia
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Sixth Circuit
- Supreme Court of the United States of America



## Clerkship

- Hon. Margo K. Brodie, U.S. District Court, E.D.N.Y., 2018-2019

## Memberships

- New York City Environmental Law Leadership Institute Class of 2021
- New York State Bar Association, Environmental & Energy Law Section, Member
- American Bar Association, Section of Environment, Energy, and Resources, Member





# George Krebs
## Associate

gkrebs@pollockcohen.com

George is an associate with the firm who focuses on complex litigation and appeals.

He is a graduate of Columbia University and the New York University School of Law. During law school, George worked for a top national law firm and interned for the Honorable Mark A. Kearney of the United States District Court for the Eastern District of Pennsylvania.

Before law school, George co-founded the digital team at the Federal Communications Commission and managed social media for Square, Inc.

In his free time, George enjoys walking tours and public parks.

## Education

- Columbia University, B.A., History, 2009, Columbia College Alumni Prize
- New York University School of Law, J.D., 2020, NYU Mediation Organization

## Admissions

- New York
- Southern District of New York
- Eastern District of New York

## Government Service

- Co-founder, Digital Team, Federal Communications Commission, 2009-2012





# Jordan Marcus
## Legal Analyst

(646) 290-9068
jordan@pollockcohen.com

Jordan is a legal analyst at Pollock Cohen. Jordan graduated from Princeton University with a B.A. in Sociology. At Princeton, she served on the Sociology Department's Undergraduate Student Advisor Council and completed a senior thesis applying the sociological concepts of relational work and social ambivalence to the law. Her qualitative thesis analyzed a lawyer's role as a social and economic broker between courts and litigants in wrongful death cases of children.

As an undergraduate, Jordan played three years on Princeton's Varsity Women's Lacrosse team and acted as captain her senior fall. During her senior spring, Jordan served the team as an Undergraduate Assistant Coach while finishing her degree.

As a former college athlete, Jordan enjoys staying active and coaching for local youth lacrosse clubs in her hometown of Richmond, Virginia. She recently trained for a half marathon and looks forward to doing another race.

## Education

- Princeton University, B.A., Sociology, 2022





# Alexa Jordan
## Legal Analyst

(646) 290-8433
alexa@pollockcohen.com

Alexa is a legal analyst at Pollock Cohen. She graduated from Harvard College with a B.A. in Government and Economics. Alexa is a member of Phi Beta Kappa and a Rhodes Scholarship Finalist. As an undergraduate, Alexa served as Chair of the Fellowship Program at the Institute of Politics. She also worked with the Dean of Students to create a Leadership Institute for incoming freshmen and served in student government.

Alexa previously served as an intern for the honorable Chief Magistrate Judge Dustin Pead of the U.S. District Court of Utah and as a legal intern for Americans United. Alexa wrote her senior thesis on religious women in politics, earning the honors distinction of *summa cum laude*.

## Education

- Harvard University, A.B., Government, *Summa Cum Laude*, 2023





# Jee Hoon Lee
## Marketing and Legal Analyst

(929) 229-4024
jhlee@pollockcohen.com

Jee Hoon is a marketing and legal analyst at Pollock Cohen. He graduated from Brown University in 2022 with a B.A. in Anthropology.

While at college, Jee Hoon conducted research about how supply chain management based on big data analysis by A.I. is transforming the work culture and labor conditions of night shift workers. For this project, he worked 6pm to 4am night shifts at a warehouse of an e-commerce company in South Korea.

In addition, he co-founded "North Korean Human Rights Organization and Project for Empowerment," a student organization attempting to shift the public awareness, overly focused on political and military aspects of the "North Korea crisis," towards the everyday lives and culture of both the residents in North Korea and those who have emigrated.

Jee Hoon has previously served in the Republic of Korea Army. He was a squad leader in the first operation inside the Korean Demilitarized Zone (DMZ) to recover the remains of Korean, Chinese, and United Nations Command soldiers killed-in-action during the Korean War.

Outside of the office, Jee Hoon enjoys playing soccer, traveling to watch soccer matches in various parts of the world, and getting along with the local fans.

Jee Hoon is a native speaker of the Korean language and has an elementary proficiency in Mandarin Chinese.

## Education

- Brown University, B.A., Anthropology, *magna cum laude*, 2022



## Language

- Korean





# Joshua Brooks
## Legal Analyst

(646) 290-7101
josh@pollockcohen.com

Josh is a legal analyst at Pollock Cohen. He graduated from Yale College in 2021 with a B.A. in Political Science and a certificate in Statistics and Data Science. At Yale, he served as Director of Finance in the business office of the Yale Daily News and acted as a research assistant for academic projects in the Political Science department related to electoral studies. He also sang in the Glee Club, Yale's principal undergraduate choir.

While an undergraduate, Josh worked as an intern on a presidential campaign during the primary season in New Hampshire. The following year, drawing on his experience in retail politics, he conceived and completed his senior thesis project exploring how gender stereotyping about a political candidate can affect voters' processes of impression formation.

Josh has an intermediate-high proficiency in Russian language.

## Education

- Yale College, B.A., 2021

## Language

- Russian





# Jonathan Silverman
## Marketing and Legal Analyst

(646) 290-8261
jon@pollockcohen.com

Jonathan is a marketing and legal analyst at Pollock Cohen. He graduated from Columbia University and the Jewish Theological Seminary of America with a dual B.A. in Economics-Political Science and Jewish History, focusing on international relations and medieval historiography.

At Columbia, Jonathan was active in Philolexian Society and in the performing arts community, directing a production of Brighton Beach Memoirs and co-producing Columbia's One Acts Festival. Jonathan is also experienced in the world of entertainment finance, co-producing *Bonnie & Clyde in Concert* in London in 2021 and the film of the same name.

## Education

- Columbia University, B.A., Economics-Political Science, 2023
- Jewish Theological Seminary, B.A., Jewish History, 2023