Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile (650) 632-4800
ehenn@cov.com
kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
aheath@cov.com

*Attorneys for Defendant Apple Inc.*
[Additional Counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | Civil Case No.: 5:22-cv-07069-EJD (Consolidated) |
| | **STIPULATION TO CONSOLIDATE PULEO V. APPLE INC.** |

WHEREAS, on March 24, 2023, the Court entered an Order consolidating the *Libman*, *Serrano*, *Farley*, *Popa*, *Herrera*, *Kelly*, *Sgro*, *Cima*, *Dluzak*, *Abad*, *Robinson*, *Teixeira*, *Barrott*, *Moton*, and *Lucero* actions (the "Related Cases") as the Consolidated Action (the "Consolidation Order") (ECF 60);

WHEREAS, on May 12, 2023, the Court entered an Order consolidating the *Alvarez* action (ECF 86) into the Consolidated Action;

WHEREAS, on March 22, 2023, *Puleo v. Apple Inc.*, No. 3:23-cv-01345-JD, was filed and later assigned to the Honorable James Donato;

WHEREAS, *Puleo* arises out of similar facts and circumstances as are alleged in the Related Cases;

WHEREAS, Apple was served in the *Puleo* action on June 9, 2023;

WHEREAS, on June 12, 2023, counsel for Defendant Apple Inc. ("Apple") mailed counsel for Plaintiff Puleo a copy of the Consolidation Order, pursuant to Paragraph 13 of the Consolidation Order;

WHEREAS, counsel for Plaintiff Puleo has notified counsel in the Related Cases that Plaintiff Puleo has no objection to consolidation with the Consolidated Action;

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1.      *Puleo v. Apple Inc.*, No. 3:23-cv-01345-JD (N.D. Cal.) shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila as part of the Consolidated Action.

2.      The separate docket number in *Puleo* shall be terminated in accordance with the regular procedures of this Court, and any pending schedules, deadlines, or dates in *Puleo* shall be closed.

3.      All provisions of the March 24, 2023 Consolidation Order shall apply equally to *Puleo* as a Related Case.

4.      For the avoidance of doubt, Apple need not file a response to the complaint in *Puleo*, and instead will answer, move, or otherwise respond to the Consolidated Complaint.

DATED: June 14, 2023                    Respectfully submitted,

/s/ *Emily Johnson Henn*
Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile (650) 632-4800
ehenn@cov.com
kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
aheath@cov.com

*Attorneys for Defendant Apple Inc.*

/s/ *L. Timothy Fisher*
L. Timothy Fisher (SBN 1916260)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (*pro hac vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiffs Elliot Libman and David Sgro*

/s/ *Tina Wolfson*

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Deborah Marie De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile (310) 474-8585

Andrew Ferich (*pro hac vice* forthcoming)
aferich@ahdootwolfson.com
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Benjamin F. Johns (*pro hac vice* forthcoming)
bjohns@shublawyers.com
Samantha E. Holbrook (*pro hac vice*)
sholbrook@shublawyers.com
SHUB LAW FIRM LLC
134 Kings Highway E.
Haddonfield, NJ 08033
Telephone: (856) 772-7200

Raphael Janove (*pro hac vice*)
rafi@pollockcohen.com
Adam Pollock (*pro hac vice*)
adam@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

*Attorneys for Plaintiffs Joaquin Serrano, John Farley,
and Julia Cima*

/s/ *Gary F. Lynch*
(Eddie) Jae K. Kim (SBN 236805)
LYNCH CARPENTER, LLP
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile (619) 756-6991
ekim@lcllp.com

Gary F. Lynch (*pro hac vice*)
Elizabeth Pollock-Avery (*pro hac vice*)
Hannah N. Barnett (*pro hac vice*)
LYNCH CARPENTER, LLP
1133 Penn Avenue
Pittsburg, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com
hannah@lcllp.com

Todd D. Carpenter (SBN 234464)
LYNCH CARPENTER, LLP
1350 Columbia St., Ste 603
San Diego, California 32101
Tel: (619) 762-1900
Fax: (619) 756-6991
todd@lcllp.com

*Attorneys for Plaintiff Ashely Popa, Dorothy Teixeira, and Francis Barrott*

/s/ Ryan McGee
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-0931
Facsimile: (813) 222-4702

Michael F. Ram (SBN 104805)
mram@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-0931
Facsimile: (813) 222-4702

Paul C. Whalen (*pro hac vice* forthcoming)
pcwhalen@pm.me
THE LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, New York 11030
Telephone: (516) 426-6870

*Attorneys for Plaintiff Juan Herrera*

/s/ Gayle M. Blatt
David S. Casey, Jr
Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com

*Attorneys for Plaintiff Tenija Moton*

/s/ Kate M. Baxter-Kauf
Karen Hanson Riebel
(*Pro Hac Vice* application forthcoming)
Kate M. Baxter-Kauf (*Pro Hac Vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Paul C. Whalen (*pro hac vice forthcoming*)
THE LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
Telephone: (516) 426-6870
pcwhalen@pm.me

*Attorneys for Plaintiff Katie Alvarez*

/s/ Stephen R. Basser
Stephen R. Basser
E-mail: sbasser@barrack.com
Samuel M. Ward
E-mail sward@barrak.com
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

John G. Emerson (*pro hac vice* forthcoming)
jemerson@emersonfirm.com
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiff Nathan Dluzak*

/s/ Stephen R. Basser
Stephen R. Basser
sbasser@barrack.com
Samuel M. Ward
sward@barrak.com
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Andrew J. Heo (*pro hac vice*)
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 9663-0600
Facsimile (215) 963-0838

Matthew Smith (SBN 309392)
msmith@classlawdc.com
MIGLIACCIO & RATHOD LLP
201 Spear St, Ste 1100
San Francisco, CA94105
Office: (202) 470-3520

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
Tyler Bean (*pro hac vice* forthcoming)
tbean@classlawdc.com
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC, 20002
Office: (202) 470-3520

John G. Emerson (*pro hac vice* forthcoming)
jemerson@emersonfirm.com
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiff Mario Abad, et al.*

/s/ Charles E. Schaffer
Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice* forthcoming)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jason P. Sultzer, Esq. (*pro hac vice* forthcoming)
Daniel Markowitz, Esq. (*pro hac vice* forthcoming)
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Facsimile (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

Jeffery K. Brown, Esq. (*pro hac vice* forthcoming)
LEEDS BROWN LAW, P.C.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiffs Barry Robinson and Elizabeth Kelly*

1

2   /s/ Jeff Westerman
    Caleb Marker (SBN 269721)
    Jeff Westerman (SBN 94559)
3   ZIMMERMAN REED LLP
    6420 Wilshire Blvd., Suite 1080
4   Los Angeles, CA 90048
    Telephone: (877) 500-8780
5   Facsimile: (877) 500-8781
    caleb.marker@zimmreed.com
6   jeff.westrman@zimmreed.com

7
    Brian C. Gudmundson (*pro hac vice* forthcoming)
8   Michael J. Laird (*pro hac vice*)
    Rachel K. Tack (*pro hac vice* forthcoming)
9   ZIMMERMAN REED LLP
    1100 IDS Center
10  80 South 8th Street
    Minneapolis, MN 55402
11  Telephone: (612) 341-0400
    Facsimile: (612) 341-0400
12  brian.gudmundson@zimmreed.com
    michael.laird@zimmreed.com
13  rachel.tack@zimmreed.com

14
    *Attorneys for Plaintiff Anthony Lucero*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: June 14, 2023                                  By: */s/ Emily Johnson Henn*
                                                              Emily Johnson Henn