**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | Civil Case No.: 5:22-cv-07069-EJD<br><br>**[PROPOSED] ORDER TO CONSOLIDATE PULEO V. APPLE INC.**<br>**\* AS MODIFIED \*** |

The Stipulation to Consolidate Puleo v. Apple Inc., Case No. 3:23-cv-1345, is GRANTED. This action is consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila as part of *In re: Apple Data Privacy Litigation*, 5:22-cv-07069-EJD (N.D. Cal.). All provisions of the March 24, 2023 Consolidation Order, No. 5:22-cv-07069-EJD, ECF No. 60, shall apply. All further filings shall be filed in Case No. 5:22-cv-07069, and the clerk shall close Case No. 3:23-cv-01345.

DATED:     June 15, 2023

HON. EDWARD J. DAVILA
United States District Judge