United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: APPLE DATA PRIVACY
LITIGATION

Case No. 5:22-CV-07069 EJD

**ORDER DENYING APPLICATIONS FOR
ADMISSION *PRO HAC VICE***

The Court is in receipt of an applications for admission of attorney *pro hac vice* (ECF Nos. 97, 98).  Counsel seeking admission *pro hac vice* must submit a true and correct copy of a certificate of good standing or other similar official document issued no more than one year prior by the appropriate authority governing attorney admissions for the relevant bar.  *See* Civil L.R. 11-3(a).

In submission of each referenced application, counsel omits the required certificate of good standing.  The Court therefore DENIES without prejudice the applications for admission *pro hac vice* of Albert Lee and Brian Murray.

**IT IS SO ORDERED.**

Dated:      June 20, 2023

EDWARD J. DAVILA
United States District Judge