**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Interim Co-Lead Counsel*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION, | Case No. 5:22-cv-07069-EJD (Consolidated)<br><br>**PETITION TO APPOINT GUARDIAN AD LITEM FOR MINOR E.M.**<br><br>Judge: Hon. Edward J. Davila |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Daryl Marcott ("Mr. Marcott" or "Petitioner"), by and through Plaintiffs' counsel and pursuant to Fed. R. Civ. P. 17(c), and all other applicable laws and rules, respectfully submits this Petition to Appoint himself as *Guardian ad Litem* of Plaintiff E.M., a minor (hereinafter "Plaintiff")

In support thereof, Petitioner states as follows:

1. Plaintiff E.M. is a minor.

2. Plaintiff E.M. is the son of Petitioner. Petitioner has custody of Plaintiff E.M.

3. Petitioner is willing to serve as *guardian ad litem* of Plaintiff E.M. and is fully competent to understand and protect the rights of Plaintiff E.M.

4. Petitioner has no interests adverse to Plaintiff E.M.

5. Petitioner has contracted with Bursor & Fisher, P.A. to prosecute this matter for Plaintiff.

6. This petition was prepared by Bursor & Fisher, P.A. ("Counsel"), counsel representing Plaintiff and the putative class in this action.

Dated: November 17, 2023

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta*
pfraietta@bursor.com
Matthew A. Girardi*
mgirardi@bursor.com
Julian C. Diamond*
jdiamond@bursor.com

**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

Christopher R. Reilly*
creilly@bursor.com
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

**LYNCH CARPENTER, LLP**
Gary F. Lynch*
Hannah N. Barnett*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
hannah@lcllp.com

*admitted *pro hac vice*

*Interim Co-Lead Counsel*

## VERIFICATION

I, Daryl Marcott, am the father of Plaintiff E.M. in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on information and belief, and as to those matters, I believe them to be true. I declare under penalty of perjury under the laws of the States of California that the foregoing is true and correct.

Dated: November 17, 2023

By: /s/ Daryl Marcott
Daryl Marcott

## CONSENT OF APPOINTMENT

I, Daryl Marcott, hereby consent to act as guardian ad litem for the minor E.M.

Dated: November 17, 2023

By: /s/ Daryl Marcott
Daryl Marcott