**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: APPLE DATA PRIVACY LITIGATION,

Case No. 5:22-cv-07069-EJD (Consolidated)

**~~[PROPOSED]~~ ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM FOR MINOR A.H.**

Judge: Hon. Edward J. Davila

Having considered the petition for the appointment of Julie Hodges as guardian ad litem for A.H., a minor and good cause appearing,

IT IS HEREBY ORDERED that Julie Hodges be, and is, hereby appointed as guardian ad litem for A.H., a minor and Plaintiff in the above-entitled action.

Dated: November 21, 2023

EDWARD J. DAVILA
United States District Judge