UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: APPLE DATA PRIVACY LITIGATION,

Case No. 5:22-cv-07069-EJD (Consolidated)

**~~[PROPOSED]~~ ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM FOR MINOR E.M.**

Judge: Hon. Edward J. Davila

Having considered the petition for the appointment of Daryl Marcott as guardian ad litem for E.M., a minor and good cause appearing,

IT IS HEREBY ORDERED that Daryl Marcott be, and is, hereby appointed as guardian ad litem for E.M., a minor and Plaintiff in the above-entitled action.

Dated: November 21, 2023

EDWARD J. DAVILA
United States District Judge