**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

*Interim Co-Lead Counsel*

*[Additional counsel appear on signature page]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE DATA PRIVACY LITIGATION | Case No. 5:22-cv-07069-EJD (Consolidated)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

**JOINT STATUS REPORT**

Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, the "Parties") in this consolidated litigation respectfully submit this Joint Status Report in accordance with the Court's Order to Stay Proceedings Pending Mediation. Dkt. No. 142. The Parties engaged in a full-day, in-person mediation on March 6, 2025. Unfortunately, the Parties were unable to reach a mutually agreeable resolution of this litigation. Accordingly, the Parties propose the following deadlines for the filing of the amended complaint and motion to dismiss briefing:

| Event | Deadline |
|---|---|
| Amended Consolidated Class Action Complaint | April 17, 2025 |
| Defendant's Motion to Dismiss | May 29, 2025 |
| Plaintiffs' Opposition to Defendant's Motion | July 10, 2025 |
| Defendant's Reply to Plaintiff's Opposition | July 31, 2025 |
| Hearing on Defendant's Motion to Dismiss | August 28, 2025, 9:00 A.M., or at the Court's convenience thereafter |

Further, Plaintiffs intend to issue their first set of written discovery by May 29, 2025. The Parties previously agreed to delay discovery until Apple's first motion to dismiss was decided. *See* Dkt. No. 106, at 2 (contemplating discovery would begin after the motion to dismiss order if granted in part). Seven claims remained after the Court's order on Defendant's motion to dismiss that do not require amending the complaint. Those claims are ripe for discovery.

Apple submits that serving discovery before the Court rules on Apple's forthcoming Motion to Dismiss would violate the Parties' agreement to postpone discovery until "any final ruling denying the motion to dismiss" such that the pleadings are settled. *See* Dkt. No. 106 at 2. As the Parties recognized in the agreement, postponing discovery "would avoid discovery that may prove unnecessary if the Court grants the motion to dismiss in whole or in part." That is so even though the Court denied Apple's initial motion to dismiss on several claims; until the pleadings are settled, the

1  Parties do not know to what extent a number of claims, plaintiffs, and theories will remain in the case
2  and any defenses or counterclaims that will be asserted, and so discovery before the pleadings are
3  settled would present an unnecessary and potentially wasteful expenditure of Party and judicial
4  resources. In addition, discovery cannot proceed until the Parties have aligned on and the Court has
5  entered preliminary orders, including an ESI protocol, protective order, and Rule 502(d) order. Apple
6  would be amenable to the Parties preparing and conferring about those drafts while the Motion to
7  Dismiss briefing is pending so that the Parties can submit them for Court approval, which would allow
8  discovery to proceed promptly after the pleadings are settled.

Dated: March 20, 2025

Respectfully submitted,

/s/ Tiffine E. Malamphy
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
Tiffine E. Malamphy (SBN 312239)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com
tiffine@lcllp.com

L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (*pro hac vice* forthcoming)
*pfraietta@bursor.com*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

                                              **LYNCH CARPENTER, LLP**
Gary F. Lynch*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com

*admitted *pro hac vice*

*Interim Co-Lead Counsel for Plaintiffs*

Dated: March 20, 2025

/s/ Emily Johnson Henn
Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

**FILER ATTESTATION**

I, Tiffine E. Malamphy, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the aforementioned signatories have concurred in this filing.

Dated: March 20, 2025                  /s/ Tiffine E. Malamphy