UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE APPLE DATA PRIVACY LITIGATION

Case No. 5:22-cv-07069-EJD

**SCHEDULING ORDER**

The Court is in receipt of the parties' Joint Status Report, ECF No. 145, and adopts the parties' proposed schedule for filing of the amended complaint and motion to dismiss briefing:

| Event | Deadline |
| --- | --- |
| Amended Consolidated Class Action Complaint | April 17, 2025 |
| Defendant's Motion to Dismiss | May 29, 2025 |
| Plaintiffs' Opposition to Defendant's Motion | July 10, 2025 |
| Defendant's Reply to Plaintiff's Opposition | July 31, 2025 |
| Hearing on Defendant's Motion to Dismiss | August 28, 2025 |

**IT IS SO ORDERED.**

Dated: April 4, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-07069-EJD
SCHEDULING ORDER

1