Gayle M. Blatt (SBN 122048)
P. Camille Guerra (SBN 326546)
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com
camille@cglaw.com

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENIJA MOTON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　　Defendant. | Case No. 5:22-cv-07069-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　TO THE COURT AND COUNSEL OF RECORD: Please take notice that Tenija Moton hereby voluntarily dismisses their claims against defendant Apple, Inc., pursuant to Fed. R. Civ. P. 41(a).

Dated: April 28, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**CASEY GERRY FRANCAVILLA BLATT LLP**

　　　　　　　　　　　　　　　　　　By:　*/s/ Gayle M. Blatt*
　　　　　　　　　　　　　　　　　　　　　Gayle M. Blatt

110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
gmb@cglaw.com

*Counsel for Plaintiff and the Putative Classes*