**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Co-Lead Interim Class Counsel*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: APPLE DATA PRIVACY LITIGATION

Civil Case No.: 5:22-cv-07069-EJD

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Date: August 28, 2025
Time: 9:00 a.m.
Location: Courtroom 4 – 5th Floor
District Judge: Hon. Edward J. Davila

Plaintiffs Bruce Puleo, Carlina Green, David Sgro, A.H. (a minor), Dottie Nikolich, Elena Nacarino, Francis Barrott, Katie Alvarez, E.M. (a minor), and Quincy Venter submit this notice of supplemental authority in support of their Opposition to Defendant's Motion to Dismiss First Amended Consolidated Complaint (ECF No. 152). This Court's recent decision in *In re Meta Pixel Tax Filing Cases*, No. 22-CV-07557-PCP, 2025 WL 2243615 (N.D. Cal. Aug. 6, 2025) (J. Pitts) is attached hereto as Exhibit A.

Dated: August 8, 2025

Respectfully submitted,

*/s/ (Eddie) Jae K. Kim*
**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

**LYNCH CARPENTER, LLP**
Gary F. Lynch*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com

Dated: August 8, 2025

*/s/ L. Timothy Fisher*
L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (SBN 354768)
*pfraietta@bursor.com*
Matthew A. Girardi*
*mgirardi@bursor.com*
Julian C. Diamond*
*jdiamond@bursor.com*
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*admitted *pro hac vice*
*Interim Co-Lead Counsel*

**ECF FILER ATTESTATION**

I, (Eddie) Jae K. Kim, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the aforementioned signatories have concurred in this filing.

Dated: August 8, 2025

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim