Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE DATA PRIVACY LITIGATION | Civil Case No.: 5:22-CV-07069-EJD<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date: August 28, 2025<br>Time: 9:00 AM<br>Location: Courtroom 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

Pursuant to Civil L.R. 7-3(d), Defendant Apple Inc. respectfully submits this Statement of Recent Decision in support of its pending motion to dismiss (*see* ECF Nos. 150, 153) to bring to this Court's attention an order issued on August 6, 2025 in *Mitchener v. CuriosityStream, Inc.*, 2025 WL 2272413 (N.D. Cal. Aug. 6, 2025), *appeal docketed*, No. 25-4990 (9th Cir. Aug. 7, 2025), granting a motion to dismiss for failure to state a claim under CIPA Section 638.51 related to the alleged use of Internet software to collect user data. The order is attached as Exhibit A.

Dated: August 14, 2025

Respectfully submitted,

*/s/ Kathryn E. Cahoy*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*