**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Co-Lead Interim Class Counsel*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: APPLE DATA PRIVACY LITIGATION

Civil Case No.: 5:22-cv-07069-EJD

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Date: August 28, 2025
Time: 9:00 a.m.
Location: Courtroom 4 – 5th Floor
District Judge: Hon. Edward J. Davila

Plaintiffs Bruce Puleo, Carlina Green, David Sgro, A.H. (a minor), Dottie Nikolich, Elena Nacarino, Francis Barrott, Katie Alvarez, E.M. (a minor), and Quincy Venter ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully submit this notice of supplemental authority in support of their Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Consolidated Complaint (ECF No. 152). The following decisions are attached hereto:

**Exhibit A:** *Variety Media, LLC v. Rose*, 2025 WL 2794920, at *1 (Cal. Super. Sep. 24, 2025);

**Exhibit B:** *Scarlett v. Future US, LLC*, 2025 WL 2614587 (Cal. Super. Sep. 05, 2025);

**Exhibit C:** *Deivaprakash v. Conde Nast Digital*, 2025 WL 2541952 (N.D. Cal. Sept. 4, 2025) (Lin, J.);

**Exhibit D:** *Garon v. Keleops USA, Inc.*, 2025 WL 2522374 (N.D. Cal. Sept. 2, 2025) (Ryu, Mag. J.);

**Exhibit E** *Riganian v. LiveRamp Holdings, Inc.*, 2025 WL 2021802 (N.D. Cal. July 18, 2025) (Tigar, J.).

Dated: October 2, 2025

Respectfully submitted,

/s/ L. Timothy Fisher
L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Philip L. Fraietta (SBN 354768)
*pfraietta@bursor.com*
Matthew A. Girardi*
*mgirardi@bursor.com*
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, New York 10606
Telephone: (914)-874-0708
Facsimile: (914) 206-3656

Julian C. Diamond*
*jdiamond@bursor.com*
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

Dated: October 2, 2025

/s/ (Eddie) Jae K. Kim
LYNCH CARPENTER, LLP
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

LYNCH CARPENTER, LLP
Gary F. Lynch*
1133 Penn Avenue
Pittsburgh, PA 15232
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com

*admitted *pro hac vice*
*Interim Co-Lead Counsel*

**FILER ATTESTATION**

I, L. Timothy Fisher, am the ECF user whose identification and password are being used to file this Notice of Supplemental Authority. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the aforementioned signatories have concurred in this filing.

Dated: October 2, 2025

*/s/ L. Timothy Fisher*
L. Timothy Fisher